**Fill in this information to identify the case:**

Debtor name   **WB Services, LLC**

United States Bankruptcy Court for the:   DISTRICT OF KANSAS

Case number (if known)   **16-10759**

☐ Check if this is an
amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| **3.** | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. | **Bank of Oklahoma** | **Operating** | **3475** | $0.00 |
| 3.2. | **Bank SNB** | | | $0.00 |
| 3.3. | **Bank SNB** | **Flexible Spending holding account** | | $0.00 |
| 3.4. | **Bank SNB** | **Operating** | **4640** | $0.00 |
| 3.5. | **Bank SNB** | **Payroll** | | $0.00 |
| 3.6. | **Legacy Bank** | **Operating** | **9397** | $0.00 |
| 3.7. | **Simmons First** | **Checking** | **5090** | $0.00 |

| | | | |
|---|---|---|---|
| 3.8. | **Simmons First** | **Operating** | 5872 | $0.00 |
| 3.9. | **Simmons First** | **Flexible Spending holding account** | 8256 | $0.00 |
| 3.10. | **Simmons First** | **Payroll** | 0877 | $0.00 |
| 3.11. | **Simmons First** | | 4434 | $0.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $0.00

**Part 2:** Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

   8.1. **Pre-paid insurance account with IMA**                          **Unknown**

9. **Total of Part 2.**
   Add lines 7 through 8. Copy the total to line 81.

   $0.00

**Part 3:** Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.
    ■ Yes Fill in the information below.

11. **Accounts receivable**

    11b. Over 90 days old:   **163,000.00**   -   **0.00**   =....   **$163,000.00**
    <br>                     face amount           doubtful or uncollectible accounts

12. **Total of Part 3.**
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

    $163,000.00

**Part 4:** Investments

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.
■ Yes Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14. **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity:          % of ownership | | |

15.1.  **Equity investment - LAWE, LLC**                    %                                          $48,000.00

15.2.  **Equity Investment- Rodeway Inn**                   %                                          $30,000.00

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17. **Total of Part 4.**

Add lines 14 through 16.  Copy the total to line 83.                                           $78,000.00

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies**<br>**Inventory, Parts and Pipes, in the possession of Cecil Obrate in Garden City** | | $0.00 | Replacement | $901,109.93 |

23. **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.                                           $901,109.93

24. **Is any of the property listed in Part 5 perishable?**

■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

■ No
☐ Yes. Book value _____  Valuation method _____  Current Value _____

Official Form 206A/B          Schedule A/B Assets - Real and Personal Property          page 3

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No. Go to Part 7.
    ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.
    ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 39. | **Office furniture**<br>**Office Furniture and Fixtures- See attached list for details** | $0.00 | Recent cost | $168,569.82 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Computer Hardware and Software - See attached list for details** | $0.00 | Recent cost | $224,395.03 |
| | **Office Equipment- See attached list for details** | $0.00 | Recent cost | $67,865.04 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**
    Add lines 39 through 42.  Copy the total to line 86.

    | $460,829.89 |
    | --- |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
| --- | --- |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No. Go to Part 9.
    ■ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |

47.     **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | | |
|---|---|---|---|---|
| 47.1. | **Chevy Colorado** | $0.00 | Recent cost | $16,546.95 |
| 47.2. | **2015 Chevy Silverado VIN 1GC1KUE82FF161766** | $0.00 | | $46,143.08 |
| 47.3. | **2015 Chevy Silverado VIN 1GC1KUE88FF162002** | $0.00 | | $46,143.08 |
| 47.4. | **2015 Chevy Silverado VIN 1GC1KUE84FF160733** | $0.00 | | $46,143.08 |
| 47.5. | **2014 E-Z-Go Express S/N 3088191** | $0.00 | | $9,000.00 |
| 47.6. | **2015 Kia Optima VIN 5XXGM4A70FG353805** | $0.00 | | $21,969.78 |
| 47.7. | **2015 Kia Optima VIN 5XXGM4A78FG357133** | $0.00 | | $21,969.78 |
| 47.8. | **2014 GMC Sierra VIN 3GTU2VEC4EG502105** | $0.00 | | $49,182.61 |
| 47.9. | **2009 GMC Sierra VIN 3GT3K33M99G241466** | $0.00 | | $14,507.04 |
| 47.10. | **2009 GMC Sierra VIN 3GT3K33M59G257373** | $0.00 | | $14,507.04 |
| 47.11. | **2004 GMC 2500 HD** | $0.00 | | $25,583.00 |
| 47.12. | **2007 Denali XL** | $0.00 | | $57,133.00 |
| 47.13. | **2011 Denali** | $0.00 | | $47,007.72 |
| 47.14. | **2011 GMC Sierra** | $0.00 | | $35,979.51 |
| 47.15. | **2004 Ford F250 Super Duty** | $0.00 | | $10,821.20 |
| 47.16. | **2001 GMC Sierra C 250** | $0.00 | | $9,500.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| 47.17. | 2012 GMC Sierra Denali | $0.00 | | $51,807.68 |
|---|---|---|---|---|
| 47.18. | 2013 Acura MDX | $0.00 | | $49,819.32 |
| 47.19. | 2013 Ford F150 | $0.00 | | $40,734.21 |
| 47.20. | 2012 Ford Expedition | $0.00 | | $52,744.01 |
| 47.21. | 2013 Ford F150 Platinum | $0.00 | | $57,838.37 |
| 47.22. | 2011 Ford F350 Super | $0.00 | | $50,000.00 |
| 47.23. | 2012 Jeep Wrangler | $0.00 | | $40,609.85 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | | |
|---|---|---|---|---|
| AC Unit at 300 E. Industrial | | $0.00 | | $12,500.00 |
| New Holland Skid Steer | | $0.00 | | $11,000.00 |
| Skytrak 8042 Telehandler | | $0.00 | | $40,609.85 |
| Construction Equipment- See attached list for details | | $0.00 | Recent cost | $242,497.58 |
| Machinery and Equipment- See attached list for details | | $0.00 | Recent cost | $4,515,512.80 |

51. **Total of Part 8.**

    Add lines 47 through 50.  Copy the total to line 87.

| $5,637,810.54 |
|---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    - ■ No
    - ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    - ■ No
    - ☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55.     Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **300 E Industrial Drive Sedgwick Ks 67135** | Fee simple | $0.00 | Appraisal | $750,000.00 |
| 55.2.  **200 E Industrial Drive Sedgwick Ks 67135** | Fee simple | $0.00 | Tax records | $140,000.00 |

56.     **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| $890,000.00 |
|---|

57.     **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58.     **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.     **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.     **Internet domain names and websites** | | | |
| 62.     **Licenses, franchises, and royalties** | | | |
| 63.     **Customer lists, mailing lists, or other compilations** | | | |
| 64.     **Other intangibles, or intellectual property**<br>**Marquis Energy LLC Hennepil IL: E150 SWOFF** | $0.00 | | $149,221.74 |
| **Cetane pilot plant** | $0.00 | | Unknown |

| | | |
|---|---|---|
| **Membrane pilot plant** | $0.00 | **Unknown** |
| **4Q 2013 Capitalization of pump added to skin** | $0.00 | **$2,408.39** |
| **renewable diesel technology use agreements (3) sublicensed from WB Technologies** | $0.00 | **$3,000,000.00** |

65.  **Goodwill**

66.  **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

**$3,151,630.13**

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

■ No
☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $163,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $78,000.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $901,109.93 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $460,829.89 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $5,637,810.54 | |
| 88. **Real property.** *Copy line 56, Part 9.*.........................................................> | | $890,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $3,151,630.13 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $10,392,380.49 | + 91b. $890,000.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $11,282,380.49 |

Inventory    Sch. D #11

| Qty | Size | Rating | Description | N/A | STD | CS | C10 |
|---|---|---|---|---|---|---|---|
| 2 | 2" | 150# | RF-SO Flange's | N/A | STD | CS | C10 |
| 1 | | | 115G26T-Q8012B2P SIZE: 8" | | | CS | VA9594FC |
| 1 | | | 2" SS CK ALL Valve 1/2 PSI CRK | | | 316 | VA4795-123595 |
| 2 | | | 24" FC Actuator for HPBFV | | | CS | SN # J37140B3303 |
| 2 | 16" x 53" | | 4" Connection Resin Tank RO | | | CS | SN # J37140B3305 |
| 1 | 16" x 53" | | 4" Connection Resin Tank RO | | | Yellow | SN# 151341423 |
| 1 | | | 4" Connection Resin Tank RO | | | Yellow | SN# 151341424 |
| 2 | 400 gallon | | A001 Above Ground Fuel Cell | N/A | N/A | N/A | N/A |
| 1 | | | 96110 1MD Crosby Omni Series Direct Spring Safety Relief Valve 3/4" MNPT inlet X 1" FNPT Outlet.... | | | | |
| 2 | | | Ashcroft 35-1009-SW-02L-XLLNHSG 30" HG0/0150 PSIG W/08-330SX-02T-XCK SEAL... Tag one each PI-4313... | | | | |
| 1 | 0/250F | | Ashcroft 5" Bimetal Thermometer | TI-4052 | | 316L | 10222029-19 |
| 1 | 0/250F | | Ashcroft 5" Bimetal Thermometer | TI-4219 | | 316L | 10188835-7 |
| 1 | 3/4" | | ABZ Wafer Sphere Valve | PI-17230 | Stem 316L | 316L | HT# 1KE02 SN#50200137 |
| 2 | | N/A | ABZ Butterfly Valve | Spare | N/A | 316L | SN # T797007 |
| 1 | 3/8" | N/A | Asco Red Hat Shut Off Valve Solenoid | | Rebuild Kit # 302350 | N/A | SN # A790327 |
| 2 | 3/8" | N/A | Asco Red Hat Shut Off Valve Solenoid | | Rebuild Kit # 318247 | N/A | SN # T786335 |
| 10 | 1/4" | 150# | Asco Solenoid 116V | | N/A | Brass | SN # T786335 |
| 13 | 1/4" | 150# | Asco Solenoid 120V | | N/A | Brass | SN.N # T724461 |
| 3 | 1/4" | | Asco Solenoid 120V | | N/A | Brass | SN.# T543868 |
| 2 | 1/4" | 150# | Asco Solenoid 120V | | N/A | Brass | |
| 1 | 8" | 150# | ABZ Butterfly Valve Lug Style | | | CS | A01200229  MRTFE Fig# 412-052 |
| 1 | 8" | 150# | ABZ Butterfly Valve Lug Style | | | CS | A01250491 |
| 1 | 6" | 150# | ABZ Butterfly Valve Lug Style | | | CS | A01250381 |
| 1 | 6" | 150# | ABZ Butterfly Valve Lug Style | | | CS | A01250995 |
| 1 | 4" | 150# | ABZ Butterfly Valve Lug Style | | | CS | A01250068 |
| 1 | 4" | 150# | ABZ Butterfly Valve Lug Style | | | CS | C110508I329 |
| 1 | 3" | 150# | ABZ Butterfly Valve Lug Style | | | CS | |
| 1 | 12" | 150# | ABZ 411 Metso VPVL100 300 | | | 316L | |
| 1 | 12" | 150# | ABZ 411 Metso VPVL100 7150 | | | 316L | |
| 1 | 1/2"x4"x5" | 0/250F | Ashcroft Duragauge | | N/A | 316L | |
| 1 | 1/2"x4"x5" | 0/250F | Ashcroft Duragauge | | N/A | 316L | |
| 1 | 1/2"m.n.pl.4 1/2"stem | 60# | Ashcroft Duragauge | PI-17209 | N/A | 316L | S.N.# 10262604-10 |
| 1 | 1/2"m.n.pl.4 1/2"stem | 60# | Ashcroft Duragauge | Spare | N/A | 316L | S.N.# 10262604-10 |
| 1 | 1/2"m.n.pl.4 1/2"stem | 60# | Ashcroft Duragauge | PI-17210 | N/A | 316L | S.N.# 10262604-10 |
| 1 | 1/2"m.n.pl.4 1/2"stem | 60# | Ashcroft Duragauge | PI-17111 | N/A | 316L | S.N.# 10262604-10 |
| 1 | 1/2"m.n.pl.4 1/2"stem | 60# | Ashcroft Duragauge | PI-17102 | N/A | 316L | S.N.# 10262604-7 |
| 1 | 1/2"m.n.pl.4 1/2"stem | 60# | Ashcroft Duragauge | PI-17103 | N/A | 316L | S.N.# 10262604-7 |
| 1 | 1/2"m.n.pl.4 1/2"stem | 60# | Ashcroft Duragauge | Spare | N/A | 316L | S.N.# 10262604-7 |
| 1 | 1/2"m.n.pl.4 1/2"stem | 60# | Ashcroft Duragauge | Spare | N/A | 316L | S.N.# 10262604-7 |
| 1 | 1/2"m.n.pl.4 1/2"stem | 60# | Ashcroft Duragauge | Spare | N/A | 316L | S.N.# 10262604-7 |
| 1 | 1/2"m.n.pl.4 1/2"stem | 60# | Ashcroft Pressure Indicator | | N/A | 316L | S.N.# 10262604-3 |
| 1 | 1/2"m.n.pl.4 1/2"stem | 60# | Ashcroft Pressure Indicator | | N/A | 316L | S.N.# 10262604-3 |
| 1 | 1/2"m.n.pl.4 1/2"stem | 160# | Ashcroft Pressure Indicator | PI-4025 | N/A | 316L | 10241043-2 |
| 1 | 1/2"m.n.pl.4 1/2"stem | 400psi | Ashcroft Pressure Indicator | PI-5017 | N/A | 316L | 10275672-2 |
| 1 | 1/2"m.n.pl.4 1/2"stem | 1000# | Ashcroft Pressure Indicator | PI-5112 | N/A | 316L | 10228441-1 |
| 1 | 1/2"m.n.pl.4 1/2"stem | 160# | Ashcroft Pressure Indicator | PI-19-2 | N/A | 316L | 50176048 |
| 1 | 3/8"(100mm) | 600# | Ashcroft Pressure Indicator | PI-21-1 | N/A | 316L | 10161701-7 |
| 1 | 3/8"(100mm) | 600# | Ashcroft Pressure Indicator | PI-19-1 | N/A | 316L | 10204096-4 |
| 1 | 3/8"(100mm) | 600# | Ashcroft Pressure Indicator | PI-11 | N/A | 316L | 10204096-4 |
| 1 | 3/8"(100mm) | 600# | Ashcroft Pressure Indicator | PI-12 | N/A | 316L | 10204096-4 |
| 1 | 3/8"(100mm) | 600# | Ashcroft Pressure Indicator | PI-13 | N/A | 316L | 10054572-5 |
| 1 | 3/8"(100mm) | 200# | Ashcroft Pressure Indicator | PI-5112 | N/A | 316L | 10054572-5 |
| 1 | 3/8"(100mm) | 200# | Ashcroft Pressure Indicator | | N/A | 316L | 10054572-5 |
| 1 | 4 1/2" | 160# | Ashcroft Pressure Indicator | | N/A | 316L | 10228441-1 |
| 1 | 4 1/2" | 160# | Ashcroft Pressure Indicator | Spare | | 316L | 10241043-2 |

| Qty | Size / Description | Rating | Item | Tag | Grade | Material | Part No. |
|---|---|---|---|---|---|---|---|
| 1 | 4 1/2" | 1000# | Ashcroft Pressure Indicator | PI-5017 | N/A | 316L | 102765772-2 |
| 1 | 1/2"m.npt x 5" x 12"stem | 0/200F | Ashcroft Tempature Indicator | TI-6725 | N/A | 316L | 10231709-2 |
| 1 | 1/2"m.npt x 5" x 12"stem | 50/300F | Ashcroft Tempature Indicator | Spare | N/A | 316L | 10262604-13 |
| 1 | 1/2"m.npt x 5" x 12"stem | 0/250F | Ashcroft Tempature Indicator | TI-7110 | N/A | 316L | 10262604-16 |
| 1 | 1/2"m.npt x 5" x 12"stem | 0/250F | Ashcroft Tempature Indicator | TI-7114 | N/A | 316L | 10262604-16 |
| 2 | 1/2"m.npt x 5" x 12"stem | 0/250F | Ashcroft Tempature Indicator | TI-7301 | N/A | 316L | 10237109-2 |
| 16 | 1/2"m.npt x5" x 15"stem | 0/200F | Ashcroft Tempature Indicator | TI-6002 | N/A | 316L | 10237109-2 |
| 1 | 1/2"m.npt x5" 12"stem | 0/200F | Ashcroft Tempature Indicator | Spare | N/A | 316L | 10262604-14 |
| 1 | 1/2"m.npt x5" 4"stem | 50/300F | Ashcroft Tempature Indicator | Spare | N/A | 316L | 10262604-13 |
| 1 | 1/2"m.npt.4 1/2"stem | 60# | Ashcroft Tempature Indicator | Spare | N/A | 316L | S.N.# 01044 |
| 3 | 650psi | 300F | ASME Vessel Shell | D-1305 | Been Stripped | N/A | N/A |
| 1 | 55 gal. | diesel | Atwoods Square Metal Fuel Cell's | | N/A | N/A | N/A |
| 1 | 250 gallons | | BA Bio Skids | | N/A | 316L | N/A |
| 1 | 8" | 150# | Beer Colum Distribution Header / Flanged Ass. | 100 MMGPY | Bell119640 | 316L | PN.# P6270B1500N8011 |
| 1 | 1" | Range 7/0150 | Belgas Pressure Control Valve | PCV-4801 | N/A | 316L | N/A |
| 35 | 3/8" | 135 psi | Black Poly Tubing | | N/A | feet | feet |
| 50 | 3" x 50' | 150psi | Black Suction & Discharge Hose | | N/A | N/A | N/A |
| 2 | 1" | 3M | BLIND T SWXSW | | N/A | 316L | 88714 |
| 16 | 1/2" | 3M | Blind Tee's | | N/A | CS | 58705 |
| 1 | 2 ft. long | 150# | Blind Tee's | | N/A | CS | 59151 |
| 2 | 3" | | Blue Bfly Handle's /Lug style manuals | | STD | CS | N/A |
| 1 | 3" | | BW 45° | | STD | CS | GQ88 |
| 1 | 10" | | BW 45° | | 10 | 304L | 7-14423 |
| 1 | 18" | | BW 45'S | | 10 | 304I | 835770 |
| 1 | 2" | | BW 45's | | 10 | 304L | N/A |
| 1 | 6" | | BW 45'S | | STD | CS | B86BW |
| 1 | 8" | | BW 45'S | | 40 | 304L | MK301 |
| 2 | 8" | | BW 45'S | | 40 | 304L | VBB062354 |
| 1 | 6" | | BW 45'S | | 40 | 304L | M10395 |
| 1 | 6" | | BW 90'S | | 10 | 304L | L2131300 |
| 1 | 10" | | BW 90'S | | 10 | 304L | DDA222-01-112 |
| 1 | 10" | | BW 90'S | | 10 | 304L | 11880 |
| 2 | 10" | | BW 90'S | | 10 | 304L | VLL09132 |
| 2 | 2" | | BW 90'S | | 10 | 304L | 4103706 |
| 1 | 2" | | BW 90'S | | 10 | 304L | HD201 |
| 1 | 1 1/2" | | BW CAP | | STD | CS | 201 |
| 8 | 1 1/2" | | BW Cap | | STD | CS | 988T |
| 1 | 1 1/4" | 3M | BW CAP | | STD | CS | HT.# K92 |
| 3 | 12" | | BW Cap | | STD | CS | HT.# 022HL |
| 1 | 18" | | BW Cap | | STD | CS | 7-17017 |
| 1 | 3" | | BW Cap | | STD | CS | K92 |
| 1 | 3" | | BW Cap | | STD | CS | T42 |
| 1 | 3" | | BW CAP | | STD | CS | G29BB |
| 1 | 3" | | BW CAP | | STD | CS | 99262 |
| 1 | 3" | | BW Cap | | STD | CS | SF30950 |
| 1 | 10" | | BW Cap | | 10 | 304L | KSP20 |
| 1 | 12" x 10" | | BW Con. Reducer | | STD | CS | MH906L |
| 1 | 12" x 10" | | BW Con. Reducer | | STD | CS | 12367U8V |
| 1 | 12" x 8" | | BW Con. Reducer | | STD | CS | CE934 |
| 1 | 14" x 6 | | BW Con. Reducer | | STD | CS | T63348 |
| 1 | 14" x 8 | | BW Con. Reducer | | XH | CS | 727039 |
| 1 | 3" x 1 1/4" | | BW Con. Reducer | | STD | CS | 314 |
| 6 | 4" x 1/2" | | BW Con. Reducer | | STD | CS | 971 |
| 3 | 4" x 1/2" | | BW Con. Reducer | | STD | CS | |

| Qty | Size | Rating | Description | Sch | Material | Part No. |
|---|---|---|---|---|---|---|
| 2 | 4" x 2" | N/A | BW Con. Reducer | STD | CS | 40V |
| 2 | 4" x 2" | N/A | BW Con. Reducer | STD | CS | B64B564 |
| 2 | 4" x 2" | N/A | BW Con. Reducer | STD | CS | 90C |
| 2 | 4" x 2 | N/A | BW Con. Reducer | STD | CS | 7222 |
| 2 | 6 x 2 | N/A | BW Con. Reducer | STD | CS | 514C |
| 1 | 6" x 4" | N/A | BW Con. Reducer | STD | CS | CJ137 |
| 1 | 6" x 4" | N/A | BW Con. Reducer | STD | CS | KN520V |
| 2 | 8" x 6" | N/A | BW Con. Reducer | STD | CS | 353E |
| 2 | 10" x 4" | | BW Con. Reducer | STD | CS | RA603A |
| 1 | 10" x 8" | | BW Con. Reducer | STD | CS | SN # 7882188 |
| 1 | 3/4" | 150# | BW Green Fisher | | CS | SN # 7882180 |
| 1 | 3/4" | 150# | BW Green Fisher | | CS | SN # 6866334 |
| 1 | 3/4" | 150# | BW Green Fisher | | CS | 1G |
| 1 | 3" x 2" | | BW Reducing 90's | STD | CS | 4421225 |
| 3 | 1" x 1 1/2" | N/A | BW Reducing Tee's | 40 | 304L | 000472 PT001254 |
| 3 | 2 3/4" X 2" | N/A | BW Reducing Tee's | STD | CS | NM916MT |
| 1 | 4" X 2" | N/A | BW Reducing Tee's | 40 | 316L | VBC110121 |
| 1 | 6" X 4" | N/A | BW Reducing Tee's | STD | CS | PC701MT |
| 2 | 1 1/2" | N/A | BW Tee's | 10 | 304L | 972MT |
| 2 | 12" | N/A | BW Tee's | STD | CS | NJ521MT |
| 1 | 12" | N/A | BW Tee's | STD | CS | CC114452A6B |
| 1 | 14" | N/A | BW Tee's | 10 | 304L | 613MT |
| 1 | 18" | N/A | BW Tee's | STD | CS | MT1316BA14 |
| 6 | 2" | N/A | BW Tee's | STD | CS | 440MT |
| 3 | 2" | N/A | BW Tee's | STD | CS | NF709MT |
| 2 | 2" | N/A | BW Tee's | STD | CS | 1323347 |
| 2 | 2" | N/A | BW Tee's | STD | CS | 9298MT |
| 1 | 2" | N/A | BW Tee's | STD | CS | MT13167 |
| 1 | 2" | N/A | BW Tee's | STD | CS | 151 |
| 1 | 2" | N/A | BW Tee's | STD | CS | 928MT |
| 1 | 2" | N/A | BW Tee's | STD | CS | MT09141 |
| 1 | 2" | N/A | BW Tee's | 10 | 316L | 134018952 |
| 1 | 2" | N/A | BW Tee's | 40 | 304L | 43Z590Z |
| 1 | 2" | N/A | BW Tee's | 10 | 304L | 43BH802 |
| 1 | 2X2X1 | N/A | BW TEE'S | XH | CS | WBF |
| 1 | 3" | N/A | BW Tee's | 10 | 304L | 4107008 |
| 2 | 3" | N/A | BW Tee's | 40 | 304L | CO902151 |
| 1 | 3" | N/A | BW Tee's | 10 | 316L | AF0099-04-112T |
| 1 | 3" | N/A | BW Tee's | 10 | 304L | 43BP204 |
| 1 | 3" | N/A | BW Tee's | 10 | 304L | 120132 |
| 1 | 3" | N/A | BW TEE'S | 10 | 304L | VBD054203 |
| 16 | 4" | N/A | BW Tee's | 10 | 316L | CBB46E |
| 1 | 4" | N/A | BW Tee's | 40 | 316L | 40231683 |
| 1 | 4" | N/A | BW Tee's | STD | CS | FF110 MT |
| 1 | 4" | N/A | BW Tee's | STD | CS | R304MT |
| 1 | 4" | N/A | BW TEE'S | STD | CS | VBD110790 |
| 1 | 4" | N/A | BW Tee's | 10 | 316L | M804MT |
| 1 | 6" | N/A | BW Tee's | STD | CS | W112I0349MT |
| 2 | 6" | N/A | BW Tee's | STD | CS | 8943436 |
| 1 | 6" | N/A | BW Tee's | 10 | 304L | VBC111507 |
| 1 | 1 1/2" | N/A | BWLR 90's | 10 | 304L | VBD051358 |

Case 16-10759   Doc# 31   Filed 05/20/16   Page 13 of 133

| Qty | Size | | Description | Sch | Material | Part No. |
|---|---|---|---|---|---|---|
| 1 | 1/2" | N/A | BWLR 90's | 40 | 304L | 519090 |
| 1 | 10" | N/A | BWLR 90's | STD | CS | 111V |
| 1 | 12" | N/A | BWLR 90's | 10 | 304L | 8BAJ7 |
| 1 | 12" | N/A | BWLR 90's | 10 | 304L | 839345 |
| 1 | 12" | | BWLR 90's | STD | CS | AN4301 |
| 1 | 12" | | BWLR 90's | STD | CS | 316623 |
| 10 | 2 1/2" | | BWLR 90's | STD | CS | BDA123-01-112 |
| 1 | 2" | | BWLR 90's | 10 | 304L | 140112 |
| 1 | 2" | N/A | BWLR 90's | 10 | 316L | HT.# C711 |
| 4 | 20" | N/A | BWLR 90's | STD | CS | W16562 |
| 2 | 20" | | BWLR 90's | STD | CS | VLL100554 |
| 1 | 3" | N/A | BWLR 90's | 40 | 304L | VBD021360 |
| 1 | 3" | N/A | BWLR 90's | 40 | 316L | 484031 |
| 1 | 4" | | BWLR 90's | STD | CS | 6400210 |
| 1 | 4" | N/A | BWLR 90's | 40 | 316L | 6400210 |
| 1 | 4" | N/A | BWLR 90's | STD | CS | N13H06 |
| 1 | 4" | N/A | BWLR 90's | 10 | 316L | 63BF904 |
| 1 | 4" | N/A | BWLR 90's | 10 | 316L | 6325808 |
| 2 | 6" | N/A | BWLR 90's | 10 | 304L | CLA192-01-122 |

| Quantity | Size | Length in Feet | Total Feet | Description | Heat # | Unit Price | Total Price | Status (Transfer In / Out) | Pulled From Inventory Date |
|---|---|---|---|---|---|---|---|---|---|
| **SS MATERIALS** | | | | | | | | | |
| 15 | 1/2" | 20 | 300 | Sch40, L316 | Z206861A | $ 3.22 | $ 966.00 | | |
| 13 | 3/4" | 20 | 260 | Sch40, L316 | Z220266A | $ 3.97 | $ 1,032.20 | | |
| 1 | 1" | 20 | 20 | Sch40, L316 | Z204926A | $ 5.29 | $ 105.80 | | |
| 2.5 | 1" | 20 | 50 | Sch10, L316 | 1302J0439 | $ 4.54 | $ 227.00 | Transfer Out | 9/17/2015 |
| 3 | 2-1/2" | 20 | 60 | Sch10, L316 | 21302550 | $ 10.58 | $ 634.80 | | |
| 2 | 3" | 20 | 40 | Sch10, L304 | AAJ050379 | $ 9.51 | $ 380.40 | | |
| 1 | 3" | 20 | 20 | Sch10, L304 | CZ214114B | $ 9.51 | $ 190.20 | | |
| 3 | 4" | 20 | 60 | Sch40, L316 | Z218345A | $ 31.86 | $ 1,911.60 | | |
| 1 | 4" | 20 | 20 | Sch40, L316 | Z190206A | $ 31.86 | $ 637.20 | | |
| 1 | 8" | 20 | 20 | Sch40, L304 | AWV050194 | $ 67.28 | $ 1,345.60 | | |
| | | | | | | | $ 7,430.80 | | |
| **CS MATERIALS** | | | | | | | | | |
| 0.55 | 10" | 20 | 11 | Sch40 | 048079 | $ 24.17 | $ 265.87 | Transfer Out | 9/23/2015 |
| 1 | 10" | 20 | 20 | Sch40 | 2132087 | $ 24.17 | $ 483.40 | | |
| 1 | 10" | 20 | 20 | Sch40 | 831 | $ 24.17 | $ 483.40 | | |
| 1 | 3" | 20 | 20 | Sch40 | Unknown | $ 4.57 | $ 91.40 | | |
| 0.85 | 12" | 20 | 17 | Sch40 | 212629 | $ 28.54 | $ 485.18 | Transfer Out | 9/3/2015 |
| 1 | 12" | 20 | 20 | Sch40 | SB66737 | $ 28.54 | $ 570.80 | Transfer Out | 10/5/2015 |
| 3.45 | 2" | 20 | 69 | Sch40 | SB93837 | $ 2.14 | $ 147.66 | Transfer Out | 5/22/2015 |
| 1.75 | 2" | 20 | 35 | Sch40 | 2F1573 | $ 2.14 | $ 74.90 | Transfer Out | 7/7/2015 |
| 1 | 2" | 20 | 20 | Sch40 | 486150 | $ 2.14 | $ 42.80 | | |
| 1 | 2" | 20 | 20 | Sch40 | 1121750 | $ 2.14 | $ 42.80 | | |
| 4 | 2" | 20 | 80 | Sch40 | SB93294 | $ 2.14 | $ 171.20 | | |
| 2 | 2" | 20 | 40 | Sch40 | 484416 | $ 2.14 | $ 85.60 | | |
| 12 | 1-1/2" | 20 | 240 | Sch40 | 110164 | $ 1.57 | $ 376.80 | Transfer Out | 9/14/2015 |
| 0.3 | 1-1/2" | 20 | 6 | Sch40 | 28592K | $ 1.57 | $ 9.42 | Transfer Out | 7/17/2015 |
| 2.65 | 3" | 40 | 106 | Sch40 | 334418 | $ 4.57 | $ 484.42 | Transfer Out | 7/7/2015 |
| 1 | 1" | 8' | 8' | Sch40 | N/A | $ 4.54 | $ 36.32 | Transfer In | 1/22/2016 |
| 5 | 3" | 40 | 200 | Sch40 | 28248K | $ 4.57 | $ 914.00 | | |
| 1 | 3" | 40 | 40 | Sch40 | R-137 | $ 4.57 | $ 182.80 | | |
| 1 | 3" | 40 | 40 | Sch40 | 29150K | $ 4.57 | $ 182.80 | | |
| 13 | 3" | 40 | 520 | Sch40 | L11111861 | $ 4.57 | $ 2,376.40 | Transfer Out | 9/17/2015 |
| 1 | 3" | 40 | 40 | Sch40 | 2 Pcs Welded | $ 4.57 | $ 182.80 | | |
| 1 | 3" | 40 | 40 | Sch40 | Cast # 98B3962 | $ 4.57 | $ 182.80 | | |
| 3 | 3" | 40 | 120 | Sch40 | Cast # 98B3963 | $ 4.57 | $ 548.40 | | |
| 1 | 3" | 40 | 40 | Sch40 | Unknown | $ 4.57 | $ 182.80 | | |
| 3 | 3" | 40 | 120 | Sch40 | SB91979 | $ 4.57 | $ 548.40 | | |
| 6.525 | 6" | 40 | 261 | Sch40 | A70652 | $ 10.82 | $ 2,824.02 | Transfer Out | 5/5/2015 |
| 3 | 6" | 40 | 120 | Sch40 | C69400 | $ 10.82 | $ 1,298.40 | | |
| 3 | 6" | 40 | 120 | Sch40 | C84751 | $ 10.82 | $ 1,298.40 | | |
| 1 | 6" | 40 | 40 | Sch40 | X82983 | $ 10.82 | $ 432.80 | | |
| 1 | 14" | 40 | 40 | Sch40 | 221185 | $ 33.03 | $ 1,321.20 | | |
| 2 | 14" | 40 | 80 | Sch40 | 102873 | $ 33.03 | $ 2,642.40 | | |
| | | | | | | | $ 18,970.39 | | |
| **Quantity** | **Size** | **Length** | **Total** | **CANNOT RETURN** **Description** | **Heat #** | | | | |
| 3 | 20" | 20 | 60 | Sch40 | 931031 | $ 47.18 | $ 2,830.80 | | |
| 2 | 20" | 20 | 40 | Sch40 | BSM0798 | $ 47.18 | $ 1,887.20 | | |
| 1 | 10" | 40 | 40 | Sch40 | 101877 | $ 24.17 | $ 966.80 | | |
| 1 | 12" | 40 | 40 | Sch40 | T62256 | $ 28.54 | $ 1,141.60 | | |
| 2 | 2" | 20 | 40 | Sch10, L304 | BDA11602112 | $ 5.75 | $ 230.00 | Transfer Out | 9/14/2015 |
| 18 | 4" | 20 | 360 | Sch40, L304 | B 18818 | $ 24.75 | $ 8,910.00 | Transfer Out | 9/14/2015 |
| | | | | | | | $ 15,966.40 | | |
| | | | | | | | $ - | | |
| | | | | | | | $ - | | |
| | | | | | | | $ - | | |
| | | | | | | | $ - | | |
| | | | | | | | $ - | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | $ | - | |
| | | | | | | $ | - | |
| | | | | | | $ | 42,367.59 | |
| | | | | | | | | |

| Group | Description | | Cost |
|---|---|---|---|
| Furniture & Fixtures | Tall file cabinets - Black HR Office | $ | 1,180.28 |
| Furniture & Fixtures | Ron B, Executive office furniture | $ | 1,802.83 |
| Furniture & Fixtures | Ron B, Executive Desk | $ | 1,065.79 |
| Furniture & Fixtures | 14 New Office Chairs for Conference Room - These are in GEP conference room | $ | 3,424.87 |
| Furniture & Fixtures | Ron's Office Chair and Printer(Office Supplies) | $ | 1,165.58 |
| Furniture & Fixtures | Conference Room Table | $ | 1,108.00 |
| Furniture & Fixtures | #525312-0 72" Bow Front Right Desk, Left Return, Keyboard Tray | $ | 1,925.55 |
| Furniture & Fixtures | 366147-0 Global Desk 30 x 66 - left flush return | $ | 1,647.89 |
| Furniture & Fixtures | 366540-0 Global Desk 36 x 72 - 24 x 48 return | $ | 1,924.71 |
| Furniture & Fixtures | 381544-0 - NEED FURNITURE NAMES | $ | 4,784.26 |
| Furniture & Fixtures | 381644-0 - NEED FURNITURE NAMES | $ | 1,840.88 |
| Furniture & Fixtures | Teknion cubicle workstations - Installed in 2nd level Northeast corner | $ | 26,633.81 |
| Furniture & Fixtures | ZIRA office desks - Espresso | $ | 10,578.37 |
| Furniture & Fixtures | Teknion cubicle workstations - Installed in 2nd level Southeast corner | $ | 8,448.08 |
| Furniture & Fixtures | Teknion cubicle workstations - Installed in 1st level | $ | 28,117.06 |
| Furniture & Fixtures | ZIRA office desks - Espresso | $ | 7,585.05 |
| Furniture & Fixtures | Teknion IT workstation/misc. parts to complete station as shown | $ | 2,660.19 |
| Furniture & Fixtures | Conference room tables for expansion | $ | 3,037.70 |
| Furniture & Fixtures | Blue Sofa | $ | 2,486.69 |
| Furniture & Fixtures | Teknion, Globlal and Offices to go product | $ | 21,606.00 |
| Furniture & Fixtures | 11 Stack & guest seating - luxhide chairs with sled base | $ | 2,156.00 |
| Furniture & Fixtures | 5 radius worksurface - cube bumps | $ | 685.90 |
| Furniture & Fixtures | 10 "C" legs | $ | 627.00 |
| Furniture & Fixtures | 1 Monolithic acoustical panel - cube panels | $ | 105.26 |
| Furniture & Fixtures | 6 - Lateral files; fixed 5 drawers | $ | 4,756.26 |
| Furniture & Fixtures | 7 - Storage cabinets; metal bookshelves, five shelves four adjustable | $ | 1,549.45 |
| Furniture & Fixtures | 3 - Lateral files; fixed 3 drawers | $ | 1,334.37 |
| Furniture & Fixtures | 1 - Bookcase; one fixed and two adjustable shelves | $ | 409.90 |
| Furniture & Fixtures | 10 - Storage modules 29" high with two file drawers | $ | 5,833.30 |
| Furniture & Fixtures | 1 - Storage module 29" high with one adjustable and doors | $ | 400.00 |
| Furniture & Fixtures | 10 - Table top bookcases; 29" high units with two adjustable shelves | $ | 2,177.10 |
| Furniture & Fixtures | 1 - Table top bookcase with doors, cavity 29" high unit with 1 adjustable shelf | $ | 311.46 |
| Furniture & Fixtures | 6 - medium back multi tilter chair with arms, back angle control and side activated | $ | 1,669.92 |
| Furniture & Fixtures | 1 - radius worksurface | $ | 137.18 |
| Furniture & Fixtures | 2 - "C" legs | $ | 125.40 |
| Furniture & Fixtures | Installation | $ | 360.00 |
| Furniture & Fixtures | 14 Compel CEL-7190-B Mahari, Executive Chair, Leather, Black Base Executive C | $ | 7,635.88 |
| Furniture & Fixtures | Teknion Blvd systems to add 2 workstations on 2nd Floor | $ | 4,630.60 |
| Furniture & Fixtures | Labor perfomed on on 6.13.1 & 6.26.14; 2nd floor adding two workstations | $ | 641.25 |
| Furniture & Fixtures | TOTAL | $ | 168,569.82 |

| Group | Description | Tag # | | Cost |
|---|---|---|---|---|
| Computer Hardware | Dell E6500 | FW56PJ1 | $ | 2,050.00 |
| Computer Hardware | Dell Latitude Laptop | B3RR5L1 | $ | 1,060.13 |
| Computer Hardware | Server - 5120, PE2900 | | $ | 3,722.22 |
| Computer Hardware | LAT D520 | DJ8L5C1 | $ | 1,475.08 |
| Computer Hardware | Latitude E5500 laptop | 6LT2TH1 | $ | 1,048.33 |
| Computer Hardware | Server | BH4RQJ1 | $ | 3,179.00 |
| Computer Hardware | Latitude E6520 B Hoffman | C3H36K1 | $ | 1,713.33 |
| Computer Hardware | Dell Lat E6420 | HF836RI | $ | 2,274.29 |
| Computer Hardware | Dell Lat E6520 - | 3J8CCS1 | $ | 1,277.24 |
| Computer Hardware | Dell Lat E6520 - | 9HP8CS1 | $ | 1,277.24 |
| Computer Hardware | Dell E5420 - 978654635 | 7BJ46S1 | $ | 972.54 |
| Computer Hardware | Dell Lattitude E5520 | 9B7Y5S1 | $ | 994.22 |
| Computer Hardware | Dell E5520 - 101348312 | 86DZ5S1 | $ | 1,189.14 |
| Computer Hardware | Dell OPTI 390MT | HGTL4V1 | $ | 777.60 |
| Computer Hardware | Dell OPTI 390MT | HH5G4V1 | $ | 777.60 |
| Computer Hardware | 390 MT | 7TCP7V1 | $ | 806.74 |
| Computer Hardware | Dell Precision T3600, Service Tag #C6J1PW1 | C6J1PW1 | $ | 3,666.70 |
| Computer Hardware | Email Server | | $ | 11,563.00 |
| Computer Hardware | Dell Latitude E6530 Service Tag #6TSDZW1 | 6TSDZW1 | $ | 1,400.02 |
| Computer Hardware | Dell Latitude E6530 Service Tag #B3HFXW1 | B3HFXW1 | $ | 1,330.00 |
| Computer Hardware | Dell Inspiron 9F9KKW1 | 9F9KKW1 | $ | 1,569.25 |
| Computer Hardware | Latitude E6530 Laptop - Service Tag # | FJ3KMX1 | $ | 1,508.09 |
| Computer Hardware | Latitude E5430 Laptop Service Tag #54BTMX1 | 54BTMX1 | $ | 1,071.33 |
| Computer Hardware | Latitude E5430 Laptop Service Tag #8Q9TMX1 | 8Q9TMX1 | $ | 1,071.33 |
| Computer Hardware | Mobile Precision M6700 Laptop 1QG2NX1 | 1QG2NX1 | $ | 3,992.41 |
| Computer Hardware | Latitude E6530 Laptop - Service Tag #53VRNX1 | 53VRNX1 | $ | 2,078.32 |
| Computer Hardware | Latitude E5430 Laptop Service Tag #9K7MNX1 | 9K7MNX1 | $ | 1,026.67 |
| Computer Hardware | Latitude E5430 Laptop Service Tag #DP9MNX1 | DP9MNX1 | $ | 1,026.67 |
| Computer Hardware | Dell Latitude E6530 Service Tag #1XZ87W1 | 1XZ87W1 | $ | 1,185.98 |
| Computer Hardware | Latitude E5430 Laptop Service Tag #220FPX1 | 220FPX1 | $ | 1,015.84 |
| Computer Hardware | PC W-IAP 105 Server Hardware G Marler | | $ | 1,560.81 |
| Computer Hardware | 1 YR DELL SONICWALL NSA 3600 TOTALSECURE G Marler | | $ | 4,988.03 |
| Computer Hardware | PC2848,48 1GBE PRT, 4P SFP, WEB MANAGED G Marler | | $ | 1,746.62 |
| Computer Hardware | MICROSOFT OPEN BUSINESS WINDOWS SERVER 2 G Marler | | $ | 3,561.11 |
| Computer Hardware | PowerVault LTO-6 Service Tag #GHPJQV1 G Marler | GHPJQV1 | $ | 5,349.04 |
| Computer Hardware | PowerEdge R720 G Marler | | $ | 9,952.74 |
| Computer Hardware | Latitude E5530 server | Latitude E5530 server | $ | 1,934.36 |
| Computer Hardware | Latitude E6440 BTX Laptops Serial Numbers 22YGVY1 | 22YGVY1 | $ | 1,095.77 |
| Computer Hardware | T1700 MT BTX Laptop - Service Tag TBD | 5C78BZ1 | $ | 1,478.86 |
| Computer Hardware | Latitude E6440 BTX Laptops Serial Numbers 5F1HVY1 | 5F1HVY1 | $ | 1,095.78 |
| Computer Hardware | Latitude E6440 BTX # 9Z2XTY1 | 9Z2XTY1 | $ | 1,095.81 |
| Computer Hardware | Latitude E6440 BTX # G6V9TY1 | G6V9TY1 | $ | 1,095.81 |
| Computer Hardware | Latitude E6440 BTX # CQJ9TY1 | CQJ9TY1 | $ | 1,095.81 |
| Computer Hardware | Latitude E6440 BTX Service Tag # HNM3VY1 | HNM3VY1 | $ | 1,085.65 |
| Computer Hardware | Latitude 14 5000 Series Service Tag # JJ4LVZ1 | JJ4LVZ1 | $ | 1,263.09 |
| Computer Hardware | Latitude E6440 BYX Laptop - not sure who this was purch | 9SYBXY1 | $ | 1,085.65 |
| Computer Hardware | Latitude E6440 BYX Laptop - not sure who this was purch | CH2CXY1 | $ | 1,085.65 |
| Computer Hardware | Latitude E6440 BTX Service Tag # B06ZTZ1 | B06ZTZ1 | $ | 1,509.85 |
| Computer Hardware | Latitude E6440 BTX Service Tag # BR0BTZ1 | BR0BTZ1 | $ | 1,085.65 |
| Computer Hardware | Latitude E6540 Laptop Service Tag # 3FMSVZ1 | 3FMSVZ1 | $ | 1,702.76 |
| Computer Hardware | Latitiude E6440 BTX Laptop Service Tag # 3QJDWZ1 | 3QJDWZ1 | $ | 1,085.65 |
| Computer Hardware | Latitude E6440 BTX Laptop Service Tag # 8PSDWZ1 | 8PSDWZ1 | $ | 1,085.63 |
| Computer Hardware | Latitude E6440 BTX Laptop Service Tag # CKTDWZ1 | CKTDWZ1 | $ | 1,085.63 |
| Computer Hardware | XPS 8700 Laptop Service Tag 1VCTP02 | 1VCTP02 | $ | 1,145.15 |
| Computer Hardware | Latitude E6440 BTX Laptop | BPHWXZ1 | $ | 1,246.72 |
| Computer Hardware | Latitude E6540 Laptop | DFTWXZ1 | $ | 1,246.72 |
| Computer Hardware | Latitude E6440 BTX Laptop | 3THWXZ1 | $ | 1,321.67 |
| Computer Hardware | Latitude E6540 Laptops | WBW5561 | $ | 1,246.70 |
| Computer Hardware | Latitude E6540 Laptops | 2FSWXZ1 | $ | 1,246.70 |
| Computer Hardware | Latitude E6540 Laptops | 6GTWXZ1 | $ | 1,246.70 |
| Computer Hardware | Latitude E6540 Laptops | BLTWXZ1 | $ | 1,246.70 |
| Computer Hardware | Dell Latitude E6540 Laptop Tag: H9F9F12 | H9F9F12 | $ | 1,378.66 |
| Computer Hardware | Dell Latitude E6540 Laptop Tag: 2MX9F12 | 2MX9F12 | $ | 1,246.72 |

| Computer Hardware | Dell Latitude E6540 Laptop Tag: C0KXM12 | C0KXM12 | $ | 1,638.72 |
|---|---|---|---|---|
| Computer Hardware | Dell Latitude E6540 Laptop Tag: BZJXM12 | BZJXM12 | $ | 1,234.51 |
| Computer Hardware | Dell Latitude E6450 Laptop Tag: 2WV0N12 | 2WV0N12 | $ | 1,243.07 |
| Computer Hardware | Dell Latitude E6450 Laptop Tag: HCW0N12 | HCW0N12 | $ | 1,243.06 |
| Computer Hardware | TOTAL | | $ | 124,157.87 |

| Group | Description | | Cost |
|---|---|---|---|
| Computer Software | AutoCAD Civil 3D 2013 - single user | $ | 6,969.14 |
| Computer Software | AspenOne Engineering Desktop Media Version 7.3 - Standard DVDs License Terr | $ | 22,730.00 |
| Computer Software | CADWorx Plant Professional, Standalone License PO#QCF-690933-R1 | $ | 7,545.00 |
| Computer Software | AutoCad 2013 | $ | 3,644.91 |
| Computer Software | Navis Works Simulate 2013 | $ | 2,190.90 |
| Computer Software | CADWorx Plant Professional, Annual Maintenance, Standalone PO#QCF-390498 | $ | 1,500.00 |
| Computer Software | PVElite, Standalone License, PVElite, Annual Maintenance (PO#QCF-691653R1 | $ | 8,161.00 |
| Computer Software | software | $ | 4,821.54 |
| Computer Software | Cadworx Plant Professional | $ | 8,045.00 |
| Computer Software | Autocad software | $ | 6,750.00 |
| Computer Software | 2 - Cadworx P&ID standard upgrade to Cadworx P&ID professional network | $ | 2,300.00 |
| Computer Software | 1 - PIDMO network license | $ | 2,500.00 |
| Computer Software | 1 - Cadworx plant professional standalone license | $ | 7,500.00 |
| Computer Software | 1 - Autodesk autocad 2014 commercial new SLM additional seat | $ | 4,195.00 |
| Computer Software | 1 - Autodesk navisworks simulate 2014 commercial new SLM additional seat | $ | 2,095.00 |
| Computer Software | 1 - Shipping & handling | $ | 45.00 |
| Computer Software | Autocad | $ | 4,874.33 |
| Computer Software | Kaspersky Endpoint Security for Business anti-virus software provider- 100-149 no | $ | 4,370.34 |
| Computer Software | TOTAL | $ | 100,237.16 |

| Office Equipment | Description | Cost |
|---|---|---|
| Office Equipment | New Konica Minolta Bizhub C280 Color Copier | $ 7,820.00 |
| Office Equipment | Tradeshow Booth | $ 26,355.00 |
| Office Equipment | bizhub 283 digital copier black and white | $ 6,238.15 |
| Office Equipment | BIZHUB 283 Digital Copier Serial #A1UF11108006 for office expansion | $ 6,684.18 |
| Office Equipment | Conference Room #1 audio visual equipment deposit 50% of $3,886.33 | $ 1,943.17 |
| Office Equipment | Conference Room #3 audio visual equipment deposit 50% of $3,886.33 | $ 1,943.17 |
| Office Equipment | LEX smart tv's with warranty - | $ 3,340.23 |
| Office Equipment | LEX smart tv's with warranty - | $ 3,340.23 |
| Office Equipment | LEX smart tv's with warranty - | $ 1,368.94 |
| Office Equipment | LEX smart tv's with warranty - | $ 1,368.94 |
| Office Equipment | Balance due for conference rooms audio visual equipment installation | $ 7,463.03 |
| Office Equipment | TOTAL | $ 67,865.04 |

| Group | Description | | Cost |
|---|---|---|---|
| Construction Equipment | Dump Trailer | $ | 5,009.00 |
| Construction Equipment | Tools | $ | 5,861.00 |
| Construction Equipment | Sec 754 Basis Adjustment | $ | 10,528.00 |
| Construction Equipment | Tools | $ | 814.00 |
| Construction Equipment | Construction Equip | $ | 52,800.00 |
| Construction Equipment | 2009 Tool Trailer | $ | 8,771.07 |
| Construction Equipment | Welder and Welding Stands | $ | 2,194.20 |
| Construction Equipment | Miller Tri Pod Rescue Retrieval Sys | $ | 1,450.00 |
| Construction Equipment | Victory Cutting Torch & Jack Stands | $ | 1,147.56 |
| Construction Equipment | 3000# Nissan Fork Lift | $ | 5,150.00 |
| Construction Equipment | 14-20" pipe bevel machine | $ | 4,083.00 |
| Construction Equipment | Trailblazer 302 Welder | $ | 7,124.00 |
| Construction Equipment | Feeder - Wire suitcase extreme | $ | 1,915.31 |
| Construction Equipment | Miller Trailblazer 302 Air Pack | $ | 10,649.53 |
| Construction Equipment | Plasma Ctmstr 82 W/SL60 75D Hand Torch 20' Lead | $ | 2,247.94 |
| Construction Equipment | 3 Gas Meters | $ | 6,529.84 |
| Construction Equipment | 2006 EXPR Trailer 5NHUEX2196W003306 | $ | 3,000.00 |
| Construction Equipment | 2011 - 7 x 14 Tool Trailer | $ | 6,139.48 |
| Construction Equipment | High vacuum pump Welch | $ | 5,185.20 |
| Construction Equipment | Trailblazer 302 Diesel w/ GFCI Welder S/N MC061293R | $ | 8,916.63 |
| Construction Equipment | Maxstar 200 DX Welder S/N MC090016L | $ | 3,315.57 |
| Construction Equipment | Nasco Welding Cable | $ | 1,974.32 |
| Construction Equipment | Plasma Cutter - CSA Hand System 65A | $ | 2,456.38 |
| Construction Equipment | Trailblazer 302 Diesel w/ GFCI Welder S/N MC061293R | $ | 8,916.63 |
| Construction Equipment | Maxstar 200 DX Welder S/N MC140086C | $ | 3,315.57 |
| Construction Equipment | Maxstar 200 DX Welder S/N MC140079C | $ | 3,315.57 |
| Construction Equipment | Nasco Welding Cable | $ | 1,442.11 |
| Construction Equipment | Powermax 65 Hand System 25 Ft Torch | $ | 2,575.20 |
| Construction Equipment | Temporary Skid: WB Temp CP # 1 | $ | 2,500.00 |
| Construction Equipment | Temporary Skid: WB Temp CP # 2 | $ | 2,500.00 |
| Construction Equipment | 6" Channel Custom Carhauler (CC). PJ Trailer 83" x 18' 2-7000# Electric/Spring A | $ | 4,141.78 |
| Construction Equipment | Arieri 42 Zoom riding lawn mower SN:022204 | $ | 2,870.28 |
| Construction Equipment | Nasco Cable Welding - 800ft @ 2.25/ea | $ | 1,928.70 |
| Construction Equipment | Miller 907247 4-pack rack cst 280 4-Pack Rack SN#MD200007G | $ | 10,956.09 |
| Construction Equipment | 26x30 Quick Structure Fabric Building "Fab Tent" | $ | 3,800.00 |
| Construction Equipment | PLASMA CUTTER: Cutmaster 82 System: SN MX1351031800 | $ | 2,056.00 |
| Construction Equipment | Powermax 65 hand system plasma cutter s/n: PMX65-0119533 | $ | 2,770.66 |
| Construction Equipment | Small white tool trailer | $ | 2,000.00 |
| Construction Equipment | 7x16 Continental Cargo V-Nose 5200 axels, side door, ramp door, LED lights VIN: | $ | 6,659.37 |
| Construction Equipment | 7x16 Continental Cargo V-Nose 5200 axels, side door, ramp door, LED lights VIN: | $ | 6,659.37 |
| Construction Equipment | YHC5150X Yokogawa Handheld HART Communicator *Includes: -Docking Station | $ | 6,264.93 |
| Construction Equipment | YHC5150X Yokogawa Handheld HART Communicator *Includes: -Docking Station | $ | 6,263.29 |
| Construction Equipment | Purchase Axcess 450 Mig Welder for fab shop | $ | 4,300.00 |
| Construction Equipment | TOTAL | $ | 242,497.58 |

Fill in this information to identify the case:

Debtor name __**WB Services, LLC**__

United States Bankruptcy Court for the: __DISTRICT OF KANSAS__

Case number (if known) __**16-10759**__

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:**  **List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

| **2.1** | **Cecil O'Brate** | Describe debtor's property that is subject to a lien | **$13,897,533.17** | **Unknown** |
|---|---|---|---|---|
| | Creditor's Name | **Business Assets & Receivables of WB Services, LLC** | | |
| | **3118 N. Cummings Road**<br>**Garden City, KS 67846** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **Purchase Money Security** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ☑ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ☑ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| | ☑ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| **2.2** | **Ford Credit** | Describe debtor's property that is subject to a lien | $29,548.56 | $30,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2013 Ford F-150 PU** | | |
| | **PO Box 650575**<br>**Dallas, TX 75265-0575** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ☑ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ☑ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |

☐ Contingent
☐ Unliquidated
☐ Disputed

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.3 | **Legacy Bank** | | | | |
|---|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**

**storage building at 200 E Industrial Dr. Sedgwick Ks 67135**     $109,226.59     $75,000.00

**240 W. Wichita Ave
Colwich, KS 67030**

Creditor's mailing address

**Describe the lien**

**First Mortgage**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Simmons First National Bank** | | | | |
|---|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**

**Office Building-300 E Industrial Dr. Sedgwick Ks 67135**     $407,169.91     $750,000.00

**12121 E 21st St North
Wichita, KS 67206**

Creditor's mailing address

**Describe the lien**

**First Mortgage**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Southwest National Bank** | | | | |
|---|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**

**2014 GMC Sierra**     $37,838.66     $40,000.00

**PO Box 1401
Wichita, KS 67201**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

---

Creditor's email address, if known

☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

**Last 4 digits of account number**

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.6 | **TD Auto Finance** | Describe debtor's property that is subject to a lien | $60,248.61 | $75,000.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 9223
Farmington Hills, MI
48333-9223**

**2011 Ford F-350;2012 Ford Expedition; 2013 Ford F-150**

Creditor's mailing address

**Describe the lien**

**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

**various**

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $14,541,565.50 |
|---|---|---|

**Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Fill in this information to identify the case:

Debtor name **WB Services, LLC**

United States Bankruptcy Court for the: DISTRICT OF KANSAS

Case number (if known) **16-10759**

☐ Check if this is an
amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address<br>**Alexander, Karl**<br>**747 E. Simpson**<br>**McPherson, KS 67460** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,111.68 | $3,111.68 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee - Payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address<br>**Alexander, Karl**<br>**747 E. Simpson**<br>**McPherson, KS 67460** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,476.00 | $1,476.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee - Reimbursement** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.3 | Priority creditor's name and mailing address<br>**Ariagno, Julian**<br>**235 Ridgefield Circle**<br>**Andover, KS 67002** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$10,963.68** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee - Payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address<br>**Ariagno, Julian**<br>**235 Ridgefield Circle**<br>**Andover, KS 67002** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$50,000.00** | **$50,000.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee- payroll; Employment Agreement** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address<br>**Austin, Summer**<br>**626 W. Parkway Ct**<br>**Valley Center, KS 67147** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,695.88** | **$1,695.88** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee - Payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address<br>**Awtrey, Brandon**<br>**7003 W. 34th Str. N**<br>**Apt. 202**<br>**Wichita, KS 67205** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$50,000.00** | **$50,000.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Owner** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,922.56** | **$1,922.56** |
|---|---|---|---|---|

**Awtrey, Brandon**
**7003 W. 34th Str. N**
**Apt. 202**
**Wichita, KS 67205**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,507.80** | **$2,507.80** |
|---|---|---|---|---|

**Azzarito, Andrew**
**3002 W Cornelison**
**Wichita, KS 67203**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$738.00** | **$738.00** |
|---|---|---|---|---|

**Azzarito, Andrew**
**3002 W Cornelison**
**Wichita, KS 67203**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Reimbursement**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,852.43** | **$2,852.43** |
|---|---|---|---|---|

**Baldwin, Keith**
**404 Maple Street**
**Rathban, IA 52544**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,476.00 | $1,476.00 |
|---|---|---|---|---|

**Baldwin, Keith**
**404 Maple Street**
**Rathban, IA 52544**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Reimbursement**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,030.85 | $3,030.85 |
|---|---|---|---|---|

**Beek, Rodney**
**1208 Moonstone Ct**
**Mason City, IA 50401**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,800.00 | $1,800.00 |
|---|---|---|---|---|

**Beek, Rodney**
**1208 Moonstone Ct**
**Mason City, IA 50401**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Reimbursement**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100,000.00 | $12,850.00 |
|---|---|---|---|---|

**Beemiller, Ron**
**2642 N Northshore Circle**
**Wichita, KS 67205**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll- January- April 2016 payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,066.00 | $1,066.00 |
|---|---|---|---|---|

**Behrens, Brittany**
**112 South River Avenue**
**Exeter, NE 68351**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Reimbursement**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $171.61 | $171.61 |
|---|---|---|---|---|

**Behrens, Brittany**
**112 South River Avenue**
**Exeter, NE 68351**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Payroll**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,066.00 | $1,066.00 |
|---|---|---|---|---|

**Behrens, Charles**
**112 S. River Avenue**
**Exeter, NE 68351**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Reimbursement**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $269.56 | $269.56 |
|---|---|---|---|---|

**Behrens, Charles**
**112 S. River Avenue**
**Exeter, NE 68351**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Payroll**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$3,174.62** | **$3,174.62** |
| --- | --- | --- | --- | --- |

**Belyamani, Adam**
**1804 N Columbine St**
**Andover, KS 67002**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee - Payroll** |
| --- | --- |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$1,084.32** | **$1,084.32** |
| --- | --- | --- | --- | --- |

**Bennett, Cori**
**631 N. Westlink  Apt. 201**
**Wichita, KS 67212**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee - Payroll** |
| --- | --- |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$3,132.75** | **$3,132.75** |
| --- | --- | --- | --- | --- |

**Berry, Terry**
**4487 Hwy 18 S**
**Morganton, NC 28655**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee - Payroll** |
| --- | --- |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$1,476.00** | **$1,476.00** |
| --- | --- | --- | --- | --- |

**Berry, Terry**
**4487 Hwy 18 S**
**Morganton, NC 28655**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Employee - Reimbursement** |
| --- | --- |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Name

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,783.48 | $2,783.48 |
|---|---|---|---|---|

**Bird, Brook**
**1521 7th St.**
**Columbus, NE 68601**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.24 | Priority creditor's name and mailing address | | $1,476.00 | $1,476.00 |
|---|---|---|---|---|

**Bird, Brook**
**1521 7th St.**
**Columbus, NE 68601**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Reimbursement**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.25 | Priority creditor's name and mailing address | | $3,115.25 | $3,115.25 |
|---|---|---|---|---|

**Black, Brian**
**P.O. Box 125**
**Cookson, OK 74427**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.26 | Priority creditor's name and mailing address | | $1,476.00 | $1,476.00 |
|---|---|---|---|---|

**Black, Brian**
**P.O. Box 125**
**Cookson, OK 74427**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Reimbursement**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

Name

| 2.27 | Priority creditor's name and mailing address<br>**Burkhart, Richard**<br>**3834 N. Lake Ridge**<br>**Wichita, KS 67205** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,774.25** | **$1,774.25** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee - Payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.28 | Priority creditor's name and mailing address<br>**Camper, Dean**<br>**2311 N. Shefford Cir**<br>**Wichita, KS 67205** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,824.93** | **$3,824.93** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee - Payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.29 | Priority creditor's name and mailing address<br>**Carter, Chris**<br>**104 S Putter Dr**<br>**Andover, KS 67002** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,085.89** | **$4,085.89** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee - Payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.30 | Priority creditor's name and mailing address<br>**Carter, Chris**<br>**104 S Putter Dr**<br>**Andover, KS 67002** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$16.10** | **$16.10** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee - Reimbursement** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $96,983.50 | $96,983.50 |
| --- | --- | --- | --- | --- |
| | **Colorado Department of Revenue**<br>**1375 Sherman St.**<br>**Denver, CO 80261-0004** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Sales Tax Liability** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,476.00 | $1,476.00 |
| --- | --- | --- | --- | --- |
| | **Cooley, Tory**<br>**112 N. Commercial**<br>**Sedgwick, KS 67135** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee - Reimbursement** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,066.00 | $1,066.00 |
| --- | --- | --- | --- | --- |
| | **Cruz, Juan**<br>**2052 South Pattie**<br>**Wichita, KS 67211** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee - Reimbursement** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $764.26 | $764.26 |
| --- | --- | --- | --- | --- |
| | **Cruz, Juan**<br>**2052 South Pattie**<br>**Wichita, KS 67211** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee - Payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Case 16-10759    Doc# 31    Filed 05/20/16    Page 32 of 133

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,903.20 | $1,903.20 |
|---|---|---|---|---|

**Dawson, Jacob**
**1104 Randolph Street**
**Bronson, KS 66716**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,173.27 | $3,173.27 |
|---|---|---|---|---|

**Dawson, Jeremiah**
**1104 Randolph Street**
**Bronson, KS 66716**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,922.09 | $2,922.09 |
|---|---|---|---|---|

**Dean, Curtis**
**PO Box 33**
**Marquette, WI 53947**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,476.00 | $1,476.00 |
|---|---|---|---|---|

**Dean, Curtis**
**PO Box 33**
**Marquette, WI 53947**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Reimbursement**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,238.78 | $0.00 |
|---|---|---|---|---|

**Dill, Douglas**
**301 E. Plumb Ave**
**P.O. Box 7**
**Hartford, KS 66854**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $902.00 | $902.00 |
|---|---|---|---|---|

**Dill, Douglas**
**301 E. Plumb Ave**
**P.O. Box 7**
**Hartford, KS 66854**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Reimbursement**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,138.47 | $2,138.47 |
|---|---|---|---|---|

**Donahue, Josh**
**649 Trotter**
**Maize, KS 67101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $896.33 | $896.33 |
|---|---|---|---|---|

**Duncan, Douglas**
**3005 Appleton #123**
**Parson, KS 67357**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $328.00 | $328.00 |
|---|---|---|---|---|

**Duncan, Douglas**
**3005 Appleton #123**
**Parson, KS 67357**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee - Reimbursement** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**4**)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,542.20 | $3,542.20 |
|---|---|---|---|---|

**Eldringhoff, Dawna**
**8 Flanigan Court**
**Augusta, KS 67010**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee - Payroll** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**4**)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,635.74 | $3,635.74 |
|---|---|---|---|---|

**Ellis, Eric**
**35205 W. 13th St. N.**
**Cheney, KS 67025**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Employee - Payroll** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**4**)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Federal Department of Labor**
**Frances Perkins Building**
**200 Constitution Ave NW**
**Washington, DC 20210**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,768.52 | $2,768.52 |
|---|---|---|---|---|

**Finger, Cody**
2703 Philadelphia Church Rd
Dallas, NC 28034

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,476.00 | $1,476.00 |
|---|---|---|---|---|

**Finger, Cody**
2703 Philadelphia Church Rd
Dallas, NC 28034

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Reimbursement**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,318.99 | $3,318.99 |
|---|---|---|---|---|

**Flores, Javier**
16121 S. 4230 Rd
Claremore, OK 74017

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,476.00 | $1,476.00 |
|---|---|---|---|---|

**Flores, Javier**
16121 S. 4230 Rd
Claremore, OK 74017

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Reimbursement**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Case 16-10759    Doc# 31    Filed 05/20/16    Page 36 of 133

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $887.26 | $887.26 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Foster, Sarah**
**8106 E. Champions St**
**Wichita, KS 67226**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Payroll**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
☑ No
☐ Yes

---

Priority creditor's name and mailing address
**2.52  Franklin, Jason**
**1106 Charles Street**
**Bronson, KS 66716**

As of the petition filing date, the claim is:  **$2,824.92    $2,824.92**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Payroll**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
☑ No
☐ Yes

---

Priority creditor's name and mailing address
**2.53  Gates, Jason**
**2149 130th Street**
**Mapleton, KS 66754**

As of the petition filing date, the claim is:  **$2,542.00    $2,542.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Reimbursement**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
☑ No
☐ Yes

---

Priority creditor's name and mailing address
**2.54  Gates, Jason**
**2149 130th Street**
**Mapleton, KS 66754**

As of the petition filing date, the claim is:  **$2,001.99    $2,001.99**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Payroll**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
☑ No
☐ Yes

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,152.53 | $3,152.53 |
|---|---|---|---|---|

**Gates, Michael**
**402 South Hill Street**
**Fort Scott, KS 66701**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,000.00 | $1,000.00 |
|---|---|---|---|---|

**Gates, Michael**
**402 South Hill Street**
**Fort Scott, KS 66701**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Reimbursement**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,387.23 | $2,387.23 |
|---|---|---|---|---|

**Glasscock, Timothy**
**9014 W. Britton Circle**
**Wichita, KS 67205**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 | $100.00 |
|---|---|---|---|---|

**Glasscock, Timothy**
**9014 W. Britton Circle**
**Wichita, KS 67205**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Reimbursement**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.59**    Priority creditor's name and mailing address

**Good Jr, John**
**P.O. Box 501**
**Ft. Towson, OK 74735**

As of the petition filing date, the claim is:             **$3,201.83**     **$3,201.83**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.60**    Priority creditor's name and mailing address

**Good Jr, John**
**P.O. Box 501**
**Ft. Towson, OK 74735**

As of the petition filing date, the claim is:             **$2,100.00**     **$2,100.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Reimbursement**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.61**    Priority creditor's name and mailing address

**Gould, Bryce**
**1457 N. Smith Court**
**Apt 3**
**Wichita, KS 67212**

As of the petition filing date, the claim is:             **$639.35**     **$639.35**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.62**    Priority creditor's name and mailing address

**Gould, Bryce**
**1457 N. Smith Court**
**Apt 3**
**Wichita, KS 67212**

As of the petition filing date, the claim is:             **$82.00**     **$82.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Reimbursement**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

Case 16-10759     Doc# 31     Filed 05/20/16     Page 39 of 133

| 2.63 | Priority creditor's name and mailing address<br>**Grewing, Joseph**<br>**1225 E. Minota Street**<br>**Springfield, MO 65804** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $234.79 | $234.79 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee - Payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.64 | Priority creditor's name and mailing address<br>**Grewing, Joseph**<br>**1225 E. Minota Street**<br>**Springfield, MO 65804** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $164.00 | $164.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee - Reimbursement** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.65 | Priority creditor's name and mailing address<br>**Hall Jr., Randy**<br>**945 N. Georgia Ave**<br>**Derby, KS 67037** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,780.39 | $1,780.39 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee - Payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.66 | Priority creditor's name and mailing address<br>**Hallowell, Shannon**<br>**4530 S. Ida**<br>**Wichita, KS 67216** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,476.00 | $1,476.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee - Reimbursement** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.67 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,204.19 | $2,204.19 |
|------|---|---|---|---|
| | **Hampton, Kyle** | Check all that apply. | | |
| | **1945 N. Rock Rd** | ☐ Contingent | | |
| | **#1710** | ☐ Unliquidated | | |
| | **Wichita, KS 67206** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee - Payroll** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.68 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,450.30 | $3,450.30 |
|------|---|---|---|---|
| | **Hazelwood, Raymond** | Check all that apply. | | |
| | **P.O. Box 363** | ☐ Contingent | | |
| | **Blackwell, OK 74631** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee - Payroll** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.69 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,476.00 | $1,476.00 |
|------|---|---|---|---|
| | **Hazelwood, Raymond** | Check all that apply. | | |
| | **P.O. Box 363** | ☐ Contingent | | |
| | **Blackwell, OK 74631** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee - Reimbursement** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.70 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,452.65 | $2,452.65 |
|------|---|---|---|---|
| | **Helmick, Bruce** | Check all that apply. | | |
| | **15320 Brahma Rd** | ☐ Contingent | | |
| | **Polk City, FL 33868** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee - Payroll** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,476.00** | **$1,476.00** |
|---|---|---|---|---|

**Helmick, Bruce**
**15320 Brahma Rd**
**Polk City, FL 33868**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Reimbursement**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.72 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,730.15** | **$1,730.15** |
|---|---|---|---|---|

**Higginbotham, Adam**
**302 Montgomery Crt**
**Mound City, KS 66056**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.73 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$246.00** | **$246.00** |
|---|---|---|---|---|

**Higginbotham, Adam**
**302 Montgomery Crt**
**Mound City, KS 66056**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Reimbursement**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.74 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$70,000.00** | **$70,000.00** |
|---|---|---|---|---|

**Hoffman, Bernard**
**4222 N. Sweet Bay**
**Wichita, KS 67226**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Owner**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Case 16-10759  Doc# 31  Filed 05/20/16  Page 42 of 133

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $19,422.33 | $12,850.00 |
| --- | --- | --- | --- | --- |
| | **Hoffman, Bernard**<br>**4222 N. Sweet Bay**<br>**Wichita, KS 67226** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee - Commission** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.76 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,741.11 | $2,741.11 |
| --- | --- | --- | --- | --- |
| | **Hunter, Tim**<br>**151 S. 1st**<br>**Ft. Towson, OK 74735** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee - Payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.77 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,476.00 | $1,476.00 |
| --- | --- | --- | --- | --- |
| | **Hunter, Tim**<br>**151 S. 1st**<br>**Ft. Towson, OK 74735** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee - Reimbursement** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.78 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,087,260.33 | $0.00 |
| --- | --- | --- | --- | --- |
| | **Internal Revenue Service**<br>**Centralized Insolvency Oper.**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Payroll Liability- 941 taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.79 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $173,500.00 | $173,500.00 |
|---|---|---|---|---|

**Internal Revenue Service Centralized Insolvency Oper. PO Box 7346 Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Income Tax Liability- 2014 IRS income tax payment/Vogel; does not include penalty/interest**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.80 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $125,000.00 | $125,000.00 |
|---|---|---|---|---|

**Internal Revenue Service Centralized Insolvency Oper. PO Box 7346 Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Income Tax Liability- 2014 IRS income tax payment/Beemiller; does not include penalty/interest**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.81 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,578.13 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service Centralized Insolvency Oper. PO Box 7346 Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll Liability- Federal 940**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.82 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $23,978.94 | $23,978.94 |
|---|---|---|---|---|

**Iowa Department of Revenue PO Box 10466 Des Moines, IA 50306-0466**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll Liability- Iowa Withholding**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.83 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,751.78** | **$2,751.78** |
| --- | --- | --- | --- | --- |
| | **Iowa Department of Workforce Unemployment Insurance Tax Bu 1000 E. Grand Avenue Des Moines, IA 50319** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Iowa Unemployment** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.84 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,810.99** | **$2,810.99** |
| --- | --- | --- | --- | --- |
| | **Jackson, James 121 Park Str Fordland, MO 65652** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee - Payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.85 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,312.00** | **$1,312.00** |
| --- | --- | --- | --- | --- |
| | **Jackson, James 121 Park Str Fordland, MO 65652** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee - Reimbursement** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.86 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,506.48** | **$1,506.48** |
| --- | --- | --- | --- | --- |
| | **Jackson, Joseph 1807 Norman Ave Crete, NE 68333** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee - Payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.87 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $574.00 | $574.00 |
|---|---|---|---|---|

**Jackson, Joseph**
**1807 Norman Ave**
**Crete, NE 68333**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Reimbursement**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.88 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.64 | $470.64 |
|---|---|---|---|---|

**Jennings, Bryan**
**11610 E. 69th Str. N**
**Owasso, OK 74055**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.89 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $328.00 | $328.00 |
|---|---|---|---|---|

**Jennings, Bryan**
**11610 E. 69th Str. N**
**Owasso, OK 74055**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Reimbursement**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.90 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,216.66 | $3,216.66 |
|---|---|---|---|---|

**Johnson, Dan**
**770 N Silver Springs**
**#301**
**Wichita, KS 67212**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

| 2.91 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,229.17 | $2,229.17 |
|---|---|---|---|---|

**2.91**

Priority creditor's name and mailing address
**Johnson, Eric**
**4173 Cambridge Street**
**Kansas City, KS 66103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,229.17**  **$2,229.17**

Date or dates debt was incurred

Basis for the claim:
**Employee - Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.92**

Priority creditor's name and mailing address
**Johnson, Eric**
**4173 Cambridge Street**
**Kansas City, KS 66103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,230.00**  **$1,230.00**

Date or dates debt was incurred

Basis for the claim:
**Employee - Reimbursement**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.93**

Priority creditor's name and mailing address
**Kalp, Dennis**
**512 Plumwood Drive**
**Rose Hill, KS 67133**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,942.11**  **$1,942.11**

Date or dates debt was incurred

Basis for the claim:
**Employee - Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.94**

Priority creditor's name and mailing address
**Kalp, Dennis**
**512 Plumwood Drive**
**Rose Hill, KS 67133**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$22.50**  **$22.50**

Date or dates debt was incurred

Basis for the claim:
**Employee - Reimbursement**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.95 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $36,419.40 | $36,419.40 |
|---|---|---|---|---|

**Kansas Department of Human Resources**
**Division of Employment Sec.**
**PO Box 400**
**Topeka, KS 66601-0400**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll Liability- Kansas Unemployment**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.96 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Kansas Department of Labor**
**Asset Recovery**
**401 SW Topeka Blvd.**
**Topeka, KS 66603**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.97 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $37,863.74 | $37,863.74 |
|---|---|---|---|---|

**Kansas Department of Revenue**
**Civil Tax Enforcement**
**PO Box 12005**
**Topeka, KS 66612-2005**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll Liability- Kansas Withholding**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.98 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,148.14 | $1,148.14 |
|---|---|---|---|---|

**Keith, Fawn**
**343 Whispering Pines**
**Wichita, KS 67212**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.99 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,799.40 | $2,799.40 |
| --- | --- | --- | --- | --- |
| | **King, Dillon**<br>**1274 Bethel Church Rd**<br>**Summerville, GA 30747** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee - Payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.100 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,476.00 | $1,476.00 |
| --- | --- | --- | --- | --- |
| | **King, Dillon**<br>**1274 Bethel Church Rd**<br>**Summerville, GA 30747** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee - Reimbursement** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.101 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,846.32 | $2,846.32 |
| --- | --- | --- | --- | --- |
| | **Lambert, Donna**<br>**P.O. Box 1612**<br>**Mountain Grove, MO 65711** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee - Payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.102 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,476.00 | $1,476.00 |
| --- | --- | --- | --- | --- |
| | **Lambert, Donna**<br>**P.O. Box 1612**<br>**Mountain Grove, MO 65711** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee - Reimbursement** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.103 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,846.32 | $2,846.32 |
| --- | --- | --- | --- | --- |

**Lambert, Kenneth**
**P.O. Box 1612**
**Mountain Grove, MO 65711**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.104 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,476.00 | $1,476.00 |
| --- | --- | --- | --- | --- |

**Lambert, Kenneth**
**P.O. Box 1612**
**Mountain Grove, MO 65711**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Reimbursement**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.105 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,407.41 | $2,407.41 |
| --- | --- | --- | --- | --- |

**Landsbaum, Ross**
**501 East Edinborough**
**PO Box 524**
**Bentley, KS 67016**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.106 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $332.26 | $332.26 |
| --- | --- | --- | --- | --- |

**Landsbaum, Ross**
**501 East Edinborough**
**PO Box 524**
**Bentley, KS 67016**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Reimbursement**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,527.89 | $2,527.89 |
|---|---|---|---|---|

**Lemons, Gage**
**HC66**
**P.O. Box 752**
**Sturdivant, MO 63782**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.108 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,476.00 | $1,476.00 |
|---|---|---|---|---|

**Lemons, Gage**
**HC66**
**P.O. Box 752**
**Sturdivant, MO 63782**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Reimbursement**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.109 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,807.36 | $1,807.36 |
|---|---|---|---|---|

**Leroy, Billy**
**23292 Mt. Pleasant Rd**
**Howe, OK 74940**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.110 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,148.00 | $1,148.00 |
|---|---|---|---|---|

**Leroy, Billy**
**23292 Mt. Pleasant Rd**
**Howe, OK 74940**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Reimbursement**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Case 16-10759     Doc# 31     Filed 05/20/16     Page 51 of 133

| 2.111 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $968.94 | $968.94 |
|---|---|---|---|---|

| 2.111 | Priority creditor's name and mailing address<br>**Lintz, Hollie**<br>**1402 N. Washington**<br>**Sedgwick, KS 67135** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $968.94 | $968.94 |

Date or dates debt was incurred

Basis for the claim:
**Employee - Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.112 | Priority creditor's name and mailing address<br>**Livesay, Tim**<br>**1207 Berry Ave.**<br>**Newton, KS 67114** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,235.76 | $2,235.76 |

Date or dates debt was incurred

Basis for the claim:
**Employee - Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.113 | Priority creditor's name and mailing address<br>**Maloy, Brandon**<br>**201 Meadowbrook Dr.**<br>**APT. 505**<br>**Newton, KS 67114** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,476.00 | $1,476.00 |

Date or dates debt was incurred

Basis for the claim:
**Employee - Reimbursement**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.114 | Priority creditor's name and mailing address<br>**Maury, Elizabeth**<br>**746 South Meadows Drive**<br>**Hesston, KS 67062** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,853.06 | $1,853.06 |

Date or dates debt was incurred

Basis for the claim:
**Employee - Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.115 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,633.50 | $2,633.50 |
|---|---|---|---|---|

**McCullough, Zebulah**
**P.O. Box 6**
**Mapleton, KS 66754**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.116 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,728.00 | $1,728.00 |
|---|---|---|---|---|

**McCullough, Zebulah**
**P.O. Box 6**
**Mapleton, KS 66754**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Reimbursement**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.117 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $878.55 | $878.55 |
|---|---|---|---|---|

**Merrill, Michael**
**P.O. Box 1034**
**Jackson, SC 29831**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.118 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $328.00 | $328.00 |
|---|---|---|---|---|

**Merrill, Michael**
**P.O. Box 1034**
**Jackson, SC 29831**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Reimbursement**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.119 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,845.41 | $7,845.41 |
| --- | --- | --- | --- | --- |
| | **Minnesota Department of Revenue**<br>**Mail Station**<br>**St. Paul, MN 55145-1275** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Sales Tax Liability** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.120 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25,000.00 | $25,000.00 |
| --- | --- | --- | --- | --- |
| | **Mork, Eric**<br>**3960 Sweet Bay Ct.**<br>**Wichita, KS 67226** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee - Commission** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.121 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,844.99 | $1,844.99 |
| --- | --- | --- | --- | --- |
| | **Murillo, Andres**<br>**1304 W. Austin PL**<br>**Broken Arrow, OK 74011** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee - Payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.122 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,312.00 | $1,312.00 |
| --- | --- | --- | --- | --- |
| | **Murillo, Andres**<br>**1304 W. Austin PL**<br>**Broken Arrow, OK 74011** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee - Reimbursement** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.123 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,055.90 | $2,055.90 |
|---|---|---|---|---|

**Nuss, Tyler**
**448 N. Sheridan**
**Valley Center, KS 67147**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.124 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,476.00 | $1,476.00 |
|---|---|---|---|---|

**Nuss, Tyler**
**448 N. Sheridan**
**Valley Center, KS 67147**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Reimbursement**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.125 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,356.64 | $2,356.64 |
|---|---|---|---|---|

**Pappan, Eric**
**28412 211th Rd**
**Dexter, KS 67038**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.126 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,476.00 | $1,476.00 |
|---|---|---|---|---|

**Pappan, Eric**
**28412 211th Rd**
**Dexter, KS 67038**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Reimbursement**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Case 16-10759   Doc# 31   Filed 05/20/16   Page 55 of 133

| 2.127 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,578.35 | $1,578.35 |
|---|---|---|---|---|

**Penick, Scott**
**4706 E. 25th St. N.**
**Wichita, KS 67220**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.128 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,100.00 | $3,100.00 |
|---|---|---|---|---|

**Peregrine, Brandon**
**502 Linden St.**
**Tarkio, MO 64491**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Reimbursement**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.129 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,789.61 | $2,789.61 |
|---|---|---|---|---|

**Peregrine, Brandon**
**502 Linden St.**
**Tarkio, MO 64491**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.130 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $635.34 | $635.34 |
|---|---|---|---|---|

**Pierce, Johna**
**715 S. Custer Ave.**
**Wichita, KS 67213**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.131 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,346.70 | $1,346.70 |
|---|---|---|---|---|

**Pillion, Jarod**
**808 Randolph Street**
**Bronson, KS 66716**

Name

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.132 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,274.49 | $1,274.49 |
|---|---|---|---|---|

**Powers, Thomas**
**4531 S. Martinson Ave.**
**Wichita, KS 67217**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.133 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $515.12 | $515.12 |
|---|---|---|---|---|

**Prevatt, Eric**
**10 Randsdell Ct**
**Bedford, KY 40006**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.134 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.00 | $410.00 |
|---|---|---|---|---|

**Prevatt, Eric**
**10 Randsdell Ct**
**Bedford, KY 40006**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Reimbursement**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.135 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,451.44 | $2,451.44 |
|-------|----------------------------------------------|-----------------------------------------------|-----------|-----------|
|       | **Pruitt, Chris**<br>**3218 N. Tee Time**<br>**Wichita, KS 67205** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
|       | Date or dates debt was incurred | Basis for the claim:<br>**Employee - Payroll** | | |
|       | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.136 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,620.12 | $3,620.12 |
|-------|----------------------------------------------|-----------------------------------------------|-----------|-----------|
|       | **Roberts, Jason**<br>**21175 US West Hwy 70**<br>**Valliant, OK 74764** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
|       | Date or dates debt was incurred | Basis for the claim:<br>**Employee - Payroll** | | |
|       | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.137 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,476.00 | $1,476.00 |
|-------|----------------------------------------------|-----------------------------------------------|-----------|-----------|
|       | **Roberts, Jason**<br>**21175 US West Hwy 70**<br>**Valliant, OK 74764** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
|       | Date or dates debt was incurred | Basis for the claim:<br>**Employee - Reimbursement** | | |
|       | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.138 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $709.11 | $709.11 |
|-------|----------------------------------------------|-----------------------------------------------|---------|---------|
|       | **Robinson, Jami**<br>**11610 E. 69th Str. N**<br>**Owasso, OK 74055** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
|       | Date or dates debt was incurred | Basis for the claim:<br>**Employee - Payroll** | | |
|       | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.139 | Priority creditor's name and mailing address<br>**Robinson, Jami**<br>**11610 E. 69th Str. N**<br>**Owasso, OK 74055** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $328.00 | $328.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee - Reimbursement** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.140 | Priority creditor's name and mailing address<br>**Rueger, Dan**<br>**2706 Robin Ridge**<br>**Enid, OK 73703** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,476.00 | $1,476.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee - Reimbursement** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.141 | Priority creditor's name and mailing address<br>**Searles, Michael**<br>**504 E Duke St.**<br>**Hugo, OK 74743** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,529.97 | $1,529.97 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee - Payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.142 | Priority creditor's name and mailing address<br>**Searles, Michael**<br>**504 E Duke St.**<br>**Hugo, OK 74743** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,476.00 | $1,476.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee - Reimbursement** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.143 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 | $250.00 |
|---|---|---|---|---|

**Secretary of State - IL**
**Department of Business Services**
**Limited**
**501 S Second St Rm 351**
**Springfield, IL 62756**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Government Agency**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.144 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,465.79 | $18,465.79 |
|---|---|---|---|---|

**Sedgwick County Treasurer**
**P.O. Box 2961**
**Wichita, KS 67201-2961**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Government Agency**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.145 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,986.82 | $3,986.82 |
|---|---|---|---|---|

**Selman, Dale**
**P.O. Box 982**
**Hugo, OK 74743**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.146 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,800.00 | $3,800.00 |
|---|---|---|---|---|

**Selman, Dale**
**P.O. Box 982**
**Hugo, OK 74743**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Reimbursement**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Name

| 2.147 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,613.31 | $4,613.31 |
|---|---|---|---|---|

**Shelton, Caleb**
**442757 E. 160 Rd.**
**Bluejacket, OK 74333**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.148 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,864.39 | $2,864.39 |
|---|---|---|---|---|

**Shelton, Caleb**
**442757 E. 160 Rd.**
**Bluejacket, OK 74333**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Reimbursement**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.149 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,812.75 | $1,812.75 |
|---|---|---|---|---|

**Shields, Zachary**
**1108 S. Commercial Lot 19**
**Oswego, KS 67356**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.150 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,476.00 | $1,476.00 |
|---|---|---|---|---|

**Shields, Zachary**
**1108 S. Commercial Lot 19**
**Oswego, KS 67356**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Reimbursement**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| | Name | | |

---

**2.151** | Priority creditor's name and mailing address
**Skillman, Brian**
**8460 S. Ash Circle**
**Haysville, KS 67060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,476.00** | **$1,476.00**

Date or dates debt was incurred

Basis for the claim:
**Employee - Reimbursement**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.152** | Priority creditor's name and mailing address
**State of Louisiana - LDEQ**
**Financial Services Division**
**P.O. Box 4311**
**Baton Rouge, LA 70821-4311**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$607.20** | **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Government Agency**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.153** | Priority creditor's name and mailing address
**Stewart, Eric**
**329 Poplar Rd**
**Bronson, KS 66716**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,968.00** | **$1,968.00**

Date or dates debt was incurred

Basis for the claim:
**Employee - Reimbursement**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.154** | Priority creditor's name and mailing address
**Stewart, Eric**
**329 Poplar Rd**
**Bronson, KS 66716**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,521.89** | **$1,521.89**

Date or dates debt was incurred

Basis for the claim:
**Employee - Payroll**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| 2.155 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,927.81 | $2,927.81 |
|---|---|---|---|---|

**Supik, Joe**
**1230 W. 7th Pl**
**Hobart, IN 46342**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Reimbursement**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.156 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,351.73 | $2,351.73 |
|---|---|---|---|---|

**Supik, Joe**
**1230 W. 7th Pl**
**Hobart, IN 46342**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.157 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,640.00 | $1,640.00 |
|---|---|---|---|---|

**Taylor, Joan Marie**
**PO Box 574**
**Fieldale, VA 24089**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Reimbursement**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.158 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,274.73 | $1,274.73 |
|---|---|---|---|---|

**Taylor, Joan Marie**
**PO Box 574**
**Fieldale, VA 24089**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

Case 16-10759    Doc# 31    Filed 05/20/16    Page 63 of 133

| 2.159 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,968.00 | $1,968.00 |
|---|---|---|---|---|

**Taylor, Robert**
**PO Box 574**
**Fieldale, VA 24089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Reimbursement**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.160 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,596.84 | $1,596.84 |
|---|---|---|---|---|

**Taylor, Robert**
**PO Box 574**
**Fieldale, VA 24089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.161 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $246.00 | $246.00 |
|---|---|---|---|---|

**Tennessee Department of Revenue**
**Andrew Jackson State Office Bldg**
**500 Deaderick Street**
**Nashville, TN 37242**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax Liability**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.162 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,476.00 | $1,476.00 |
|---|---|---|---|---|

**Trego, Scott**
**324 Greenwood Ct**
**Cheney, KS 67025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Reimbursement**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.163 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,364.45 | $2,364.45 |
|---|---|---|---|---|

**Tripp, Loren**
**121 Park Street**
**Fordland, MO 65652**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.164 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,312.00 | $1,312.00 |
|---|---|---|---|---|

**Tripp, Loren**
**121 Park Street**
**Fordland, MO 65652**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Reimbursement**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.165 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,519.87 | $2,519.87 |
|---|---|---|---|---|

**Ulery, Kiel**
**963 Main St**
**Auburn, IL 62615**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.166 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,476.00 | $1,476.00 |
|---|---|---|---|---|

**Ulery, Kiel**
**963 Main St**
**Auburn, IL 62615**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Reimbursement**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.167 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,571.70 | $1,571.70 |
|---|---|---|---|---|
| | **Verbeck, Todd**<br>**PO Box 220**<br>**Sedgwick, KS 67135** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee - Payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.168 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50,000.00 | $50,000.00 |
|---|---|---|---|---|
| | **Vogel, Eric**<br>**702 Trotter**<br>**Maize, KS 67101** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Owner** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.169 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,007.82 | $3,007.82 |
|---|---|---|---|---|
| | **Vogel, Matt**<br>**2506 E Kite**<br>**Wichita, KS 67219** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee - Payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.170 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,912.49 | $2,912.49 |
|---|---|---|---|---|
| | **White, Matthew**<br>**852 N. 4410 Rd**<br>**Fort Towson, OK 74735** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee - Payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.171 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,476.00 | $1,476.00 |
|---|---|---|---|---|

**White, Matthew**
**852 N. 4410 Rd**
**Fort Towson, OK 74735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Reimbursement**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.172 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,143.19 | $2,143.19 |
|---|---|---|---|---|

**Wiebe, Zac**
**16452 NW Tawakoni Rd**
**Newton, KS 67114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.173 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $410.00 | $410.00 |
|---|---|---|---|---|

**Wiggans, Donnie**
**711 Randolph**
**Bronson, KS 66716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Reimbursement**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.174 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,380.86 | $3,380.86 |
|---|---|---|---|---|

**Wingerd, Gordon**
**3 Valley Oaks**
**Valley Center, KS 67147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| | | |
|---|---|---|
| 2.175 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $907.67 | $907.67 |

**2.175**    Priority creditor's name and mailing address

**Wisconsin Department of Revenue**
**PO Box 930208**
**Milwaukee, WI 53293-0208**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$907.67**    **$907.67**

Date or dates debt was incurred

Basis for the claim:
**Tax Liability**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.176**    Priority creditor's name and mailing address

**Woodman, Jesse**
**1817 Grand**
**Parsons, KS 67357**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$442.63**    **$442.63**

Date or dates debt was incurred

Basis for the claim:
**Employee - Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.177**    Priority creditor's name and mailing address

**Woodman, Jesse**
**1817 Grand**
**Parsons, KS 67357**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$328.00**    **$328.00**

Date or dates debt was incurred

Basis for the claim:
**Employee - Reimbursement**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.178**    Priority creditor's name and mailing address

**Woosley, Thomas**
**227 E Arthur St**
**Blair, NE 68008**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,968.00**    **$1,968.00**

Date or dates debt was incurred

Basis for the claim:
**Employee - Reimbursement**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.179 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,271.23 | $1,271.23 |

**Woosley, Thomas**
**227 E Arthur St**
**Blair, NE 68008**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Payroll**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.180 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,394.00 | $1,394.00 |

**Wulff, Austin**
**51 County Rd 6300**
**Salem, MO 65560**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Reimbursement**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.181 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $909.41 | $909.41 |

**Wulff, Austin**
**51 County Rd 6300**
**Salem, MO 65560**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee - Payroll**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,648.00 |

**A&H Air Conditioning, Inc.**
**1717 College Street**
**Baldwin City, KS 66006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Unsecured**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $99.00 |

**A-Relief Services, Inc.**
**3802 Ft. Crook Road South**
**P.O. Box 878**
**Bellevue, NE 68005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Unsecured**

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $395.00 |
|---|---|---|---|

**AAA Disposal**
**PO Box 109**
**Oak Grove, MO 64075**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unsecured__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Adkins Energy, LLC**
**4350 W Galena Rd**
**Lena, IL 61048**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Advanced BioEnergy, LLC - Aberdeen**
**38469 133rd St**
**Aberdeen, SD 57401**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,578.62 |
|---|---|---|---|

**AimNorth Communications, Inc**
**12295 SW 90th St**
**Andover, KS 67002**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unsecured__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $92,554.86 |
|---|---|---|---|

**Air Capital Equipment, Inc.**
**806 E. Boston**
**Wichita, KS 67211**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unsecured__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $598.76 |
|---|---|---|---|

**Airgas Mid America**
**P.O. Box 802576**
**Chicago, IL 60680-2615**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unsecured__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,625.16 |
|---|---|---|---|

**Airgas Mid South, Inc.**
**PO Box 676015**
**Dallas, TX 75267-6015**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unsecured__

Is the claim subject to offset? ■ No ☐ Yes

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,739.40** |
|---|---|---|---|
| | **Allen, Gibbs & Houlik, L.C.**<br>**301 N. Main, Suite 1700**<br>**Wichita, KS 67202-4868** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Unsecured** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,641.69** |
|---|---|---|---|
| | **AMACS (Amistco Sep Products)**<br>**Lockbox# 677205**<br>**Dallas, TX 75267-7205** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Unsecured** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,000.00** |
|---|---|---|---|
| | **American Coalition for Ethanol**<br>**5000 S Broadband Lane**<br>**Suite 224**<br>**Sioux Falls, SD 57108** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Unsecured** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$55,097.84** |
|---|---|---|---|
| | **American Express**<br>**PO Box 360001**<br>**Ft Lauderdale, FL 33336-0001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Credit Card** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$101,105.00** |
|---|---|---|---|
| | **American Systems, Inc.**<br>**5200 E 45th St**<br>**Kansas City, MO 64130** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Unsecured** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Andersons Clymers Ethanol LLC, The**<br>**3389 W County RD 300 S**<br>**Logansport, IN 46947** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,238.90** |
|---|---|---|---|
| | **Anton Paar**<br>**10215 Timber Ridge Drive**<br>**Ashland, VA 23005** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Unsecured** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $224,916.90 |
|---|---|---|---|

**Apache Stainless Equipment Corp.**
**200 Industrial Drive**
**Beaver Dam, WI 53916**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Unsecured**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $466.69 |
|---|---|---|---|

**Applied Industrial Technologies**
**22510 Network Place**
**Chicago, IL 60673-1225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Unsecured**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $190,019.35 |
|---|---|---|---|

**Arkema, Inc**
**P.O. Box 841334**
**Dallas, TX 75284-1334**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Unsecured**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $139.40 |
|---|---|---|---|

**AT&T U-verse**
**PO Box 5014**
**Carol Stream, IL 60197-5014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Unsecured**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,097.10 |
|---|---|---|---|

**B & M Steel & Welding**
**P.O Box 405**
**Union City, IN 47390**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Unsecured**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,825.00 |
|---|---|---|---|

**Barnhart Crane**
**P.O. Box 2153**
**Dept. 1906**
**Birmingham, AL 35287-1906**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Unsecured**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,750.00 |
|---|---|---|---|

**Baughman Company**
**315 Eillis**
**Wichita, KS 67211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Unsecured**

Is the claim subject to offset? ■ No ☐ Yes

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$293,097.71** |
|---|---|---|---|

**Beemiller, Ron**
**2642 N Northshore Circle**
**Wichita, KS 67205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Owner loans to company**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$825.00** |
|---|---|---|---|

**Belger Cartage Service, Inc.**
**P.O. Box 534**
**Bedford Park, IL 60499**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$262.95** |
|---|---|---|---|

**Bell Mirror & Glass, Inc.**
**1702 S. Seneca**
**Wichita, KS 67213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,827.04** |
|---|---|---|---|

**Belt, Richard**
**6451 S 215th West**
**Viola, KS 67149**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,826.77** |
|---|---|---|---|

**Berry Material Handling**
**3769 McCormick**
**Wichita, KS 67213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,235.25** |
|---|---|---|---|

**Best Supply**
**1545 East 29th Street North**
**Wichita, KS 67219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$333.00** |
|---|---|---|---|

**Best Way Disposal, Inc.**
**7256 W CR-600 S**
**Modoc, IN 47358**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,141.09** |
|---|---|---|---|
| | **Big River Rubber & Gasket, Inc.**<br>**PO Box 369**<br>**Owensboro, KY 42302** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __**Unsecured**__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$835.60** |
|---|---|---|---|
| | **Big Tool Store LLC**<br>**4640 E 63rd St S**<br>**Derby, KS 67037** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __**Unsecured**__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50,014.33** |
|---|---|---|---|
| | **Bilfinger Water Tech (Johnson Screens)**<br>**Dept. 3482**<br>**PO Box 123482**<br>**Dallas, TX 75312-3482** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __**Unsecured**__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$178.95** |
|---|---|---|---|
| | **Blu-John.com, Inc.**<br>**257 Castleberry Industrial Drive**<br>**Cummings, GA 30040** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __**Unsecured**__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,487.09** |
|---|---|---|---|
| | **BlueLine Rental, LLC**<br>**PO Box 840062**<br>**Dallas, TX 75284-0062** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __**Unsecured**__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$89,156.35** |
|---|---|---|---|
| | **Born, Inc.**<br>**5410 S. 49th W. Ave**<br>**Tulsa, OK 74107** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __**Unsecured**__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$541,227.59** |
|---|---|---|---|
| | **Bowman Construction Co., Inc.**<br>**P.O. Box 387**<br>**Marion, IN 46952** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __**Unsecured**__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $87,740.67 |
|---|---|---|---|

**Brace Integrated Services**
**7050 South 110th Street**
**LaVista, NE 68128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,008.01 |
|---|---|---|---|

**Brand Plumbing**
**2418 S. Hoover**
**Wichita, KS 67215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bridgeport Ethanol, LLC**
**9216 County Rd 90**
**Bridgeport, NE 69336**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $91,345.00 |
|---|---|---|---|

**Briner Building, Inc.**
**761 North Main Street**
**Bluffton, IN 46714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,120.65 |
|---|---|---|---|

**BS&B Safety Systems, LLC**
**PO Box 973042**
**Dallas, TX 75397-3042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,697.99 |
|---|---|---|---|

**Budget Rent A Car**
**14297 Collections Center Dr.**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $79.26 |
|---|---|---|---|

**Budget Rent A Car Wichita**
**1895 Midfield Rd**
**Wichita, KS 67209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Name

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,601.93** |
|------|---|---|---|

**Burris Fabrication**
612 N. Jackson
Sedgwick, KS 67135

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Unsecured__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,400.00** |
|------|---|---|---|

**Business Computer Skills**
2340 S Arlington Heights Rd
Suite 440
Arlington Heights, IL 60005

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Unsecured__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25,710.65** |
|------|---|---|---|

**Calvin Opp Concrete, Inc.**
1375 S. Bebe St.
Wichita, KS 67209

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Unsecured__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$189.00** |
|------|---|---|---|

**Can It Services, LLC**
24927 Farnam Circle
Waterloo, NE 68069-4693

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Unsecured__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|------|---|---|---|

**Cardinal Ethanol**
1554 N. 600 East
Union City, IN 47390

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$45,846.00** |
|------|---|---|---|

**CCI Thermal Technologies Inc.**
C/O BTU Company
5918 Roper Road
Edmonton, AB T6B 3E1

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Unsecured__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$50.40** |
|------|---|---|---|

**Cedar Valley Metal Supply LLC**
20102 NW 1600 Road
Garnett, KS 66032

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Unsecured__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,100.00 |

**CenCon of Kansas, LLC**
**1335 East Ridge Road**
**P.O. Box 385**
**Kensington, KS 66951**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Central Indiana Ethanol, LLC**
**2955 West Delphi Pike**
**Marion, IN 46952**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,004.93 |

**Central States Group**
**PO Box 30047**
**Omaha, NE 68103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $374.33 |

**CenturyLink**
**PO Box 2961**
**Phoenix, AZ 85062-2961**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $88,741.06 |

**Chase Card Services**
**P.O. Box 94014**
**Palatine, IL 60094-4014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Credit Card**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |

**CHS, Inc**
**1900 Steward Rd**
**Rochelle, IL 61068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,054.24 |

**Cirus Water / Roaster Joe's**
**8225 W Irving St**
**Wichita, KS 67209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $526.76 |
|---|---|---|---|

**Classic Forms & Design Co.**
2417 W. 13th St
Wichita, KS 67203

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**Clerk of the District Court**
ATTN: Attorney Registration Administrati
525 North Main, 11th Floor
Wichita, KS 67203

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $94,520.00 |
|---|---|---|---|

**Coating Specialties, LLC**
P.O Box 281
Alexandria, MN 56308

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,221.20 |
|---|---|---|---|

**Coleman Materials LLC**
P.O. Box 771481
Wichita, KS 67213

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,184.52 |
|---|---|---|---|

**Control-Tech Inc.**
8938 N. Prairie Pointe Rd.
Peoria, IL 61615-1574

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $782.25 |
|---|---|---|---|

**Corecon Technologies, Inc.**
5912 Bolsa Avenue
Suite 109
Huntington Beach, CA 92649

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CORN, LP**
PO Box 280
Goldfield, IA 50542

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,784.00 |
|---|---|---|---|

**Corporation Service Company**
PO Box 13397
Philadelphia, PA 19101

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unsecured__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $458,730.00 |
|---|---|---|---|

**Cotting Industries, Inc.**
406 Windmont Dr NE
Atlanta, GA 30329

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unsecured__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $85,153.75 |
|---|---|---|---|

**Coyle Supply, Inc**
3721 State Route 162
Granite City, IL 62040

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unsecured__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,206.63 |
|---|---|---|---|

**D & K Tanks, LLC**
7875 N 600th St
Robinson, IL 62454

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unsecured__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,621.06 |
|---|---|---|---|

**D & S Construction Enterprises, LLC**
P.O. Box 114
Greeley, KS 66033

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unsecured__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,633.00 |
|---|---|---|---|

**DBI Inc.**
5330 N. 57th Street
Lincoln, NE 68507

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unsecured__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,871.25 |
|---|---|---|---|

**DCD Services LLC.**
PO Box 12067
Wichita, KS 67277-2077

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unsecured__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $805,722.83 |

**Decker Electric Inc**
**4500 West Harry**
**Wichita, KS 67209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Unsecured**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,282.80 |

**Delta of Georgia, Inc.**
**P.O. Box 47133**
**Atlanta, GA 30362**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Unsecured**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $494.43 |

**Depco Pump Company Inc.**
**P.O. Box 6820**
**Clearwater, FL 33758**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Unsecured**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,399.53 |

**Digital Office Systems**
**530 S. Hydraulic**
**Wichita, KS 67135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Unsecured**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,495.00 |

**Dore Electric**
**3636 N. Topeka**
**Wichita, KS 67219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Unsecured**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,375.68 |

**E & H Piping LLC**
**PO Box 6**
**Hanley Falls, MN 56245**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Unsecured**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,610.00 |

**EAPC Industrial Services**
**3100 DeMers Ave**
**Grand Forks, ND 58201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Unsecured**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.80 | **Nonpriority creditor's name and mailing address** | |
| | **East Kansas Agri-Energy, LLC**<br>**1304 Main Street**<br>**Garnett, KS 66032** | |

As of the petition filing date, the claim is: *Check all that apply.*                $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.81 | **Nonpriority creditor's name and mailing address** | |
| | **Electro Controls Inc**<br>**PO Box 539**<br>**Sidney, OH 45365** | |

As of the petition filing date, the claim is: *Check all that apply.*            $33,745.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Unsecured**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.82 | **Nonpriority creditor's name and mailing address** | |
| | **EMC Insurance Companies**<br>**P.O. Box 1739**<br>**Wichita, KS 67201-1739** | |

As of the petition filing date, the claim is: *Check all that apply.*          $131,069.50

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Insurance**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.83 | **Nonpriority creditor's name and mailing address** | |
| | **Enegren**<br>**6730 W Kellogg Suite 3**<br>**Wichita, KS 67209** | |

As of the petition filing date, the claim is: *Check all that apply.*            $3,782.96

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Unsecured**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.84 | **Nonpriority creditor's name and mailing address** | |
| | **Enpro, Inc.**<br>**75 Remittance Dr., St 1270**<br>**Chicago, IL 60675** | |

As of the petition filing date, the claim is: *Check all that apply.*            $5,064.79

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Unsecured**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.85 | **Nonpriority creditor's name and mailing address** | |
| | **Equity Engineering Group, Inc, The**<br>**20600 Chagrin Blvd.**<br>**Suite 1200**<br>**Shaker Heights, OH 44122** | |

As of the petition filing date, the claim is: *Check all that apply.*            $2,422.50

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Unsecured**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.86 | **Nonpriority creditor's name and mailing address** | |
| | **ERI Solutions Inc**<br>**125 N First Street**<br>**Colwich, KS 67030** | |

As of the petition filing date, the claim is: *Check all that apply.*                $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,474.84** |
|---|---|---|---|

**Experitec, Inc.**
PO Box 18341M
Saint Louis, MO 63195

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$47,570.61** |
|---|---|---|---|

**F & H Insulation**
PO Box 250
Kechi, KS 67067

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$63,647.00** |
|---|---|---|---|

**Fabsco Fin Air, LLC**
PO Box 988
Sapulpa, OK 74066

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,600.00** |
|---|---|---|---|

**FABWELL CORPORATION**
8410 S. REGENCY DRIVE
TULSA, OK 74131

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$379.90** |
|---|---|---|---|

**Fahnestock Plumbing, Inc.**
3532 N Comotara
Wichita, KS 67226

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$58,013.82** |
|---|---|---|---|

**Farris Engineering**
PO Box 360751M
Pittsburgh, PA 15230

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,445.43** |
|---|---|---|---|

**Fastenal**
P.O. Box 1286
Winona, MN 55987

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,427.14 |

**FedEx**
P O Box 94515
Palatine, IL 60094-4515

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,093.60 |

**Ferguson Enterprises, Inc.**
PO Box 802817
Chicago, IL 60680-2817

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58,979.46 |

**First Insurance Funding Corp**
P.O. Box 66468
Chicago, IL 60666-0468

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Insurance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,728.69 |

**Flexi-Liner**
4821 Chino Ave
Chino, CA 91710

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,858.90 |

**Flottweg Separation Technology Inc.**
PO Box 706301
Cincinnati, OH 45270-6301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,936.95 |

**Fluid Conditioning, Inc.**
PO Box 338
East Aurora, NY 14052

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $728.00 |

**Foerster Testing Limited**
1511 Doral Dr.
Brookings, SD 57006

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,920.00 |

**Foulston Siefkin LLP**
**1551 #100, Waterfront**
**Wichita, KS 67206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Unsecured__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,916.87 |

**Fremar Corporation**
**5720 N. Broadway**
**Wichita, KS 67219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Unsecured__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Front Range Energy**
**31375 Great Western Dr**
**Windsor, CO 80550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,200.00 |

**G & F Construction**
**118 E. Harry**
**Wichita, KS 67211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Unsecured__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,000.00 |

**Gagnon, Inc**
**2315 Hampden Avenue**
**St. Paul, MN 55114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Unsecured__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,427.21 |

**Garnett True Value**
**Box 374**
**Garnett, KS 66032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Unsecured__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $133,127.00 |

**Gilbert Industries, Inc.**
**PO Box 680**
**Sparta, MO 65753**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Unsecured__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,533.06 |
|---|---|---|---|

**Global Industrial**
**29833 Network Place**
**Chicago, IL 60673-1298**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim: **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $398.29 |
|---|---|---|---|

**Grainger**
**Dept. 878310622**
**P. O. Box 419267**
**Kansas City, MO 64141-6267**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim: **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $76,569.59 |
|---|---|---|---|

**Green Energy Products, LLC**
**250 East Industrial**
**Sedgwick, KS 67135**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim: **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90,952.55 |
|---|---|---|---|

**HAJOCA**
**PO Box 2017**
**Wichita, KS 67201-2017**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim: **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $68,882.00 |
|---|---|---|---|

**Haldeman-Homme, Inc.**
**430 Industrial Blvd**
**Minneapolis, MN 55413**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim: **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $391,056.71 |
|---|---|---|---|

**Haldor Topsoe, Inc.**
**17629 El Camino Real**
**Suite 300**
**Houston, TX 77058**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim: **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $337.88 |
|---|---|---|---|

**Hammel Scale Co., Inc.**
**1530 N Mosley**
**Wichita, KS 67214**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim: **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,787.45 |
|---|---|---|---|

**High Reach Equipment, LLC**
3624 W 30th St South
Wichita, KS 67217

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,512.00 |
|---|---|---|---|

**Hollow Metal Door Co.**
Box 780687
Wichita, KS 67278

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,735.00 |
|---|---|---|---|

**Hovey Williams LLP**
10801 Mastiv Blvd Suite 1000
84 Corporate Woods
Overland Park, KS 66210

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,500.00 |
|---|---|---|---|

**HTH Companies Inc.**
239 Rock Industrial Blvd.
Union, MO 63084

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,507.00 |
|---|---|---|---|

**Hughes Machinery Company (FCX Performanc**
FCX Performance, Inc.
P.O. Box 712465
Cincinnati, OH 45271-2465

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,403.09 |
|---|---|---|---|

**ICM, Inc**
310 North First Street
Colwich, KS 67030

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,535.60 |
|---|---|---|---|

**Ideal Refuse & Roll Off Service**
P.O. Box 1753
Hays, KS 67601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,479.52** |
|---|---|---|---|

**IHS Global Inc.**
**P.O. Box 911501**
**Denver, CO 80291-1501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Unsecured__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,750.00** |
|---|---|---|---|

**IMA**
**P.O. Box 2992**
**Wichita, KS 67201-2992**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Insurance__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200,000.00** |
|---|---|---|---|

**Indiana Steel Fabricating, Inc.**
**P.O. Box 421547**
**Indianapolis, IN 46242-1547**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Unsecured__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,365.00** |
|---|---|---|---|

**Industrial Process Systems**
**1980 Linn Street**
**Kansas City, MO 64116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Unsecured__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$47,411.33** |
|---|---|---|---|

**International Fire Protection, Inc**
**243 Royal Drive**
**Madison, AL 35758**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Unsecured__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00** |
|---|---|---|---|

**Iowa Renewable Fuels Association**
**5505 NW 88th Street #100**
**Johnston, IA 50131-2948**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Unsecured__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Iroquois Bio-Energy Company, LLC**
**PO Box 218**
**Rensselaer, IN 47978**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$787.50** |
|---|---|---|---|

**J&J Crane Rental, Inc.**
7522 N. 1250 W
Monticello, IN 47960

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Unsecured__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$190,567.52** |
|---|---|---|---|

**JCI Industries, Inc.**
P.O. Box 411114
Kansas City, MO 64141

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Unsecured__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$29,415.00** |
|---|---|---|---|

**JFD Tube & Coil Products, Inc.**
7 Hamden Park Drive
Hamden, CT 06517

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Unsecured__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,653.45** |
|---|---|---|---|

**Jogler, LLC**
6646 Complex Drive
Baton Rouge, LA 70809

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Unsecured__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$45,249.78** |
|---|---|---|---|

**Johnson Controls, Inc.**
PO Box 730068
Dallas, TX 75373

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Unsecured__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**KAAPA Ethanol, L.L.C.**
8450 KAAPA Lane
Minden, NE 68954

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$432.30** |
|---|---|---|---|

**Kansas Carpet & Tile, INC.**
1901 S Southwest BLVD
Wichita, KS 67213

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Unsecured__

Is the claim subject to offset? ■ No ☐ Yes

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,185.63 |
|---|---|---|---|

**Kansas City Valve & Fitting Co., Inc.**
**PO Box 19355**
**Lenexa, KS 66215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kansas Ethanol, LLC**
**1630 Ave Q**
**Lyons, KS 67554**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $444.55 |
|---|---|---|---|

**Kansas Gas Service**
**P.O. Box 219046**
**Kansas City, MO 64121-9046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,211.15 |
|---|---|---|---|

**Kansas Underground**
**301 W. 53rd St. North**
**Wichita, KS 67204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $669.67 |
|---|---|---|---|

**Kenny Pipe & Supply Inc**
**P.O. Box 306170**
**Nashville, TN 37230-6170**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $149,969.95 |
|---|---|---|---|

**Kice Industries Inc.**
**5500 Mill Heights Drive**
**Wichita, KS 67219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,413.10 |
|---|---|---|---|

**Koch-Glitsch, LP**
**PO Box 915034**
**Dallas, TX 75391-5034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $557.00 |
|---|---|---|---|

**Kruse Corporation**
**3636 N. Topeka**
**Wichita, KS 67219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $43.26 |
|---|---|---|---|

**Kurts Super Service**
**9029 S. Emma Creek Road**
**Sedgwick, KS 67135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,198.80 |
|---|---|---|---|

**L&K Services, Inc**
**510 S First St**
**Louisburg, KS 66053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lawrenceville Tank, LLC**
**1157 Valley Park Drive S.**
**Suite 100**
**Shakopee, MN 55379**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26.87 |
|---|---|---|---|

**Ledford Gage Laboratory Inc**
**PO Box 100**
**Mulvane, KS 67110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $160.00 |
|---|---|---|---|

**Lewis Goetz and Company Inc.**
**PO Box 644819**
**Pittsburg, PA 15264-4819**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $128.90 |
|---|---|---|---|

**Lilie's Flowers**
**2031 W 21st Street**
**Wichita, KS 67203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case 16-10759    Doc# 31    Filed 05/20/16    Page 90 of 133

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Little Sioux Corn Processors, LLLP**<br>**4808 F Ave**<br>**Marcus, IA 51035** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: __Customer__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,754.54 |
|---|---|---|---|
| | **Lowe's**<br>**P.O. Box 530954**<br>**Atlanta, GA 30353-0954** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: __Unsecured__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $412.00 |
|---|---|---|---|
| | **M & M Waste, Inc.**<br>**1328 Lakewood Avenue SE**<br>**Atlanta, GA 30315** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: __Unsecured__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $412.78 |
|---|---|---|---|
| | **M&M Repair**<br>**PO Box 25**<br>**Sedgwick, KS 67135** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: __Unsecured__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $626.91 |
|---|---|---|---|
| | **M6 Concrete Accessories**<br>**1030 S McComas**<br>**Wichita, KS 67213** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: __Unsecured__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $78,983.75 |
|---|---|---|---|
| | **Mach Engineering, LLC**<br>**6124 Hwy 6 North #172**<br>**Houston, TX 77084** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: __Unsecured__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,294.77 |
|---|---|---|---|
| | **Madden Rental**<br>**3959 Neosho Rd**<br>**Ottawa, KS 66067** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: __Unsecured__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

**Martin Machine & Welding Inc.**
**900 North Street**
**Halstead, KS 67056**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unsecured__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $816.86 |
|---|---|---|---|

**Master Controls**
**PO Box 217**
**Granville, OH 43023**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unsecured__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,206.36 |
|---|---|---|---|

**Matheson/Tri-Gas Inc.**
**Dept 3028 PO Box 123028**
**Dallas, TX 75312**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unsecured__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,540.00 |
|---|---|---|---|

**Mayer Specialty Services LLC**
**PO Box 469**
**Goddard, KS 67052**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unsecured__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $545.11 |
|---|---|---|---|

**McDaniel Co. Inc.**
**4301 W Harry**
**Wichita, KS 67277**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unsecured__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $180.00 |
|---|---|---|---|

**MDM Shelters LLC**
**105 Woodmont Road**
**Milford, CT 06460**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unsecured__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,735.68 |
|---|---|---|---|

**Mead O'Brien, Inc.**
**PO Box 412461**
**Kansas City, MO 64141-2461**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unsecured__

Is the claim subject to offset? ■ No ☐ Yes

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,758.44 |
|---|---|---|---|

**Metrohm USA**
PO Box 405562
Atlanta, GA 30384

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Unsecured__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $293.47 |
|---|---|---|---|

**Mid-Continent Safety LLC**
PO Box 201791
Dallas, TX 75320-1791

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Unsecured__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mid-Missouri Energy, LLC**
15311 N. Saline Hwy 65
Malta Bend, MO 35339

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9.38 |
|---|---|---|---|

**Mid-States Supply Company Inc**
NW6275
P.O. Box 1450
Minneapolis, MN 55485-6275

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Unsecured__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $554,661.15 |
|---|---|---|---|

**Mid-Tec, Inc.**
2274 S Business Hwy 71
Anderson, MO 64831

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Unsecured__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $435.00 |
|---|---|---|---|

**Midland Steel Company**
PO Box 527
Wathena, KS 66090

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Unsecured__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,075.00 |
|---|---|---|---|

**Midwest Crane & Rigging LLC**
15520 S. Mahaffie
Olathe, KS 66062

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Unsecured__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $93.00 |
|---|---|---|---|

**Midwest Laboratories**
13611 B Street
Omaha, NE 68144

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $236.25 |
|---|---|---|---|

**Midwest Rentals Inc.**
3312 Klondike Rd
West Lafayette, IN 47906

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $93,061.00 |
|---|---|---|---|

**Midwest Steel Fabricators**
PO Box 67025
Topeka, KS 66667

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $319,720.94 |
|---|---|---|---|

**Mitternight, Inc**
PO Box 489
Satsuma, AL 36572

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $56,943.11 |
|---|---|---|---|

**MJE LLC (Max Jantz)**
26503 11 Rd.
Montezuma, KS 67867

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $79,200.00 |
|---|---|---|---|

**Moore Iron & Steel Corp**
201 W. Charleston
Yale, OK 74085

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $262.50 |
|---|---|---|---|

**Mr. OutHouse**
16360 W. Lanark Dr
Forreston, IL 61030

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $53,753.96 |
|---|---|---|---|

**MRC Global Inc.**
PO Box 513
Charleston, WV 25322

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $794.21 |
|---|---|---|---|

**Multi Service Aviation**
12800 Foster Street
Overland Park, KS 66213-2623

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2.40 |
|---|---|---|---|

**National Board**
Attn: Accreditation Dept.
1055 Crupper Avenue
Columbus, OH 43229-1183

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,710.00 |
|---|---|---|---|

**National Fire Suppression**
501 Sunshine Rd.
Kansas City, KS 66115

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,932.56 |
|---|---|---|---|

**NCK Quarries, LLC**
414 E Kansas Ave
Smith Center, KS 66967

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,386.00 |
|---|---|---|---|

**New York Blower Co., The**
7660 Quincy St.
Willowbrook, IL 60527

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $757.66 |
|---|---|---|---|

**Office Depot**
PO Box 660113
Dallas, TX 75266-0113

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,477.50 |
|---|---|---|---|

**On Site Stress Relieving Services (OSR)**
PO Box 891365
Houston, TX 77289

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unsecured__

Is the claim subject to offset? ■ No ☐ Yes

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105,117.15 |
|---|---|---|---|

**P4 Consulting LLC**
P.O. Box 3388
Durango, CO 81302

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unsecured__

Is the claim subject to offset? ■ No ☐ Yes

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Pacific Ethanol Columbia, LLC**
400 Capitol Mall
Suite 2060
Sacramento, CA 95814

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,830.60 |
|---|---|---|---|

**Par Piping & Fabrication LLC**
PO Box 57
Granite Falls, MN 56241

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unsecured__

Is the claim subject to offset? ■ No ☐ Yes

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $65.00 |
|---|---|---|---|

**Pinnacle Mechanical Services, LLC**
PO Box 16571
Wichita, KS 67216

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unsecured__

Is the claim subject to offset? ■ No ☐ Yes

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,080.50 |
|---|---|---|---|

**Piping Contractors of Kansas, Inc.**
PO Box 2113
Topeka, KS 66601

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unsecured__

Is the claim subject to offset? ■ No ☐ Yes

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,599.50 |
|---|---|---|---|

**Piping Technology & Products, Inc.**
PO Box 34506
Houston, TX 77051

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unsecured__

Is the claim subject to offset? ■ No ☐ Yes

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,624.04 |
|---|---|---|---|

**Plant Maintenance Services**
2 Ultraway Drive
Highland, IL 62249

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Unsecured**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $87,343.97 |
|---|---|---|---|

**Power Specialties, Inc.**
P.O. Box 9566
Raytown, MO 64133-0366

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Unsecured**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Prairie Horizon Advanced Fuels**
1664 East 100 Rd
Phillipsburg, KS 67661

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Prairie Horizon Agri-Energy, LLC**
P.O. Box 368
1664 East 100 Road
Phillipsburg, KS 67661

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Customer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,413.97 |
|---|---|---|---|

**Praxair Dist**
Dept CH 106
Palatine, IL 60055-0660

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Unsecured**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $749.25 |
|---|---|---|---|

**Precision Administrators, Inc.**
P.O. Box 1732
Stillwater, OK 74076

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Insurance**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45,065.74 |
|---|---|---|---|

**Precision Fitting and Gauge Co.**
PF&G Dept 3653
Tulsa, OK 74182

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Unsecured**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,950.00 |
|---|---|---|---|

**Precision Planning, Inc.**
**400 Pike Boulevard**
**Lawrenceville, GA 30046**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unsecured__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,089.64 |
|---|---|---|---|

**Premier Industries, Inc.**
**PO Box 22**
**North Sioux City, SD 57049**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unsecured__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,789.00 |
|---|---|---|---|

**Pricewaterhouse Coopers LLC**
**PO Box 75647**
**Chicago, IL 60675-5647**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unsecured__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $118.78 |
|---|---|---|---|

**Pride Ag Resources (TMC Ace Maize)**
**710 W Trail St.**
**Dodge City, KS 67801-5419**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unsecured__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,724.90 |
|---|---|---|---|

**Process Equipment & Controls, Inc.**
**15954 S. Mur-Len Rd #312**
**Olathe, KS 66062**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unsecured__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $172,312.87 |
|---|---|---|---|

**Professional Engineering Consultants**
**303 S. Topeka**
**Wichita, KS 67202**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unsecured__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,766.03 |
|---|---|---|---|

**ProQuip, Inc.**
**850 East Highland Road**
**Macedonia, OH 44056-2190**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unsecured__

Is the claim subject to offset? ■ No ☐ Yes

Case 16-10759   Doc# 31   Filed 05/20/16   Page 98 of 133

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,907.35 |
|---|---|---|---|

**Protego USA, Inc.**
**497 Jessen Lane**
**Charleston, SC 29492**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Unsecured**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,442.46 |
|---|---|---|---|

**Pumping Solutions, Inc.**
**2850 West 139th Street**
**Blue Island, IL 60406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Unsecured**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $94,738.75 |
|---|---|---|---|

**PumpingSol, Inc.**
**2230 Justin Trail**
**Alpharetta, GA 30004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Unsecured**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,387.34 |
|---|---|---|---|

**Quality Air Solutions**
**14560 W. 99th Street**
**Lenexa, KS 66215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Unsecured**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $187,579.74 |
|---|---|---|---|

**Quality Industrial Products, Inc.**
**14001 Norby Road**
**Grandview, MO 64030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Unsecured**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,941.20 |
|---|---|---|---|

**R. H. Marlin, Inc.**
**2202 W. Thompson Rd.**
**Indianapolis, IN 46217-9360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Unsecured**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Redfield Energy LLC**
**PO Box 111**
**Redfield, SD 57469**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**RedGuard**
**401 W 47th St S**
**Wichita, KS 67217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,475.77 |
|---|---|---|---|

**Reif Welding & Construction LLC**
**2850 Hwy 183**
**Plainsville, KS 67663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,913.48 |
|---|---|---|---|

**Reintjes & Hiter Co., Inc.**
**101 Sunshine Road**
**Kansas City, KS 66115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,725.00 |
|---|---|---|---|

**Reliable Transport Solutions**
**346 NE Quimby Ave**
**Suite 102**
**Bend, OR 97701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $431.48 |
|---|---|---|---|

**Republic Waste of Western Indiana**
**PO Box 9001099**
**Louisville, KY 40290**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $107,755.68 |
|---|---|---|---|

**RIX Industries**
**4900 Industrial Way**
**Benicia, CA 94510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $81,304.32 |
|---|---|---|---|

**Rosemount Analytical, Inc.**
**22737 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.220 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $15,381.17 |
|---|---|---|---|

**RRS, LLC**
**401 W 47th St**
**Wichita, KS 67204**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Unsecured__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $318.25 |
|---|---|---|---|

**Salisbury Supply**
**PO Box 916**
**Topeka, KS 66601-0916**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Unsecured__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $846.30 |
|---|---|---|---|

**Sanilift Inc**
**P.O. Box 388**
**Maize, KS 67101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Unsecured__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,014.75 |
|---|---|---|---|

**Schlick Crane Co., Inc.**
**P.O. Box 1143**
**Logansport, IN 46947**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Unsecured__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,613.78 |
|---|---|---|---|

**Sentry Equipment Corp**
**P.O. Box 8441**
**Carol Stream, IL 60197-8441**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Unsecured__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,072.16 |
|---|---|---|---|

**Sherwin-Williams**
**2240 N Tyler Rd STE 300**
**Wichita, KS 67205-8702**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Unsecured__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $318.15 |
|---|---|---|---|

**Shore's Oil Company**
**P.O. Box 147**
**Modoc, IN 47358**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Unsecured__

Is the claim subject to offset? ■ No ☐ Yes

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Show Me Ethanol, LLC.**
26530 Highway 24 East
Carrollton, MO 64633

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Customer__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $210.38 |
|---|---|---|---|

**Shred-It Wichita**
PO Box 101007
Pasadena, CA 91189-1007

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Unsecured__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,893.27 |
|---|---|---|---|

**Sigma Engineers & Constructors, Inc.**
11585 Lake Sherwood Ave N
Baton Rouge, LA 70816

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Unsecured__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $546.00 |
|---|---|---|---|

**Sign Language Interpreting Services**
PO Box 771577
Wichita, KS 67277-1577

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Unsecured__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SIRE - Southwest Iowa Renewable Energy**
10868 189th Street
Council Bluffs, IA 51503

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Customer__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $63,888.00 |
|---|---|---|---|

**Southern Mechanical Contractors, Inc.**
4880 Hammermill Road
Tucker, GA 30084

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Unsecured__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,004.06 |
|---|---|---|---|

**Southway Crane & Rigging, LLC**
222 New Dunbar Road
Byron, GA 31008

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Unsecured__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $1,413.92 |
|---|---|---|---|

**Star Lumber & Supply**
PO Box 7712
Wichita, KS 67277

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unsecured__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $1,719.15 |
|---|---|---|---|

**Star Marketing Inc**
PO Box 230
Kaukauna, WI 54130

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unsecured__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.236 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $32,186.00 |
|---|---|---|---|

**Steel Building Sales LLC (Topline)**
PO Box 726
Andover, KS 67002

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unsecured__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.237 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $4,546.13 |
|---|---|---|---|

**Steel Fabrications, Inc.**
1640 E US Hwy 40 Byp
Hays, KS 67601

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unsecured__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.238 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $76,533.06 |
|---|---|---|---|

**Steinberger Construction, Inc.**
400 Water Street
Logansport, IN 46947

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unsecured__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $47,420.10 |
|---|---|---|---|

**Stoc Products Inc**
7706 Industrial Ct
Unit F
Spring Grove, IL 60081-8278

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unsecured__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $33,624.97 |
|---|---|---|---|

**Sulzer Chemtech USA, Inc.**
PO Box 849923
Dallas, TX 75284-9923

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unsecured__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $117,847.95 |
|---|---|---|---|

**Sulzer Pumps Solutions, Inc.**
PO Box 404622
Atlanta, GA 30384-4622

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unsecured**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,522.31 |
|---|---|---|---|

**Sunbelt Rentals Inc**
P.O. Box 409211
Atlanta, GA 30384

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unsecured**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $663.23 |
|---|---|---|---|

**Superior Lamp Inc**
PO Box 566
Moorhead, MN 56561-0566

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unsecured**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,383.07 |
|---|---|---|---|

**Surency**
PO Box 843810
Kansas City, MO 64181-3810

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Insurance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,978.37 |
|---|---|---|---|

**Swanson Flo**
Scott Simdorn
151 Cheshire Ln. N.
Plymouth, MN 55441

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unsecured**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,352.98 |
|---|---|---|---|

**SWS Environmental Services**
P.O. Box 538498
Atlanta, GA 30353

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unsecured**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44,736.50 |
|---|---|---|---|

**Team Industrial Services, Inc**
P.O. Box 842233
Dallas, TX 75284-2233

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unsecured**

Is the claim subject to offset? ■ No ☐ Yes

| 3.248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,496.95 |
|---|---|---|---|
| | **Terracon Consultants, Inc.**<br>P.O. Box 959820<br>Kansas City, MO 63195 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Unsecured__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.249 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,032.00 |
|---|---|---|---|
| | **Thermal Windows, Inc**<br>12805 E. 31st Street<br>Tulsa, OK 74146 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Unsecured__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.250 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,664.19 |
|---|---|---|---|
| | **Thorco Holdings, LLC**<br>PO Box 21228<br>Dept 282<br>Tulsa, OK 74121 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Unsecured__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.251 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,307.00 |
|---|---|---|---|
| | **Titan Machinery**<br>6310 North 56th St<br>Lincoln, NE 68504 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Unsecured__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.252 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $97,807.37 |
|---|---|---|---|
| | **Total Electric, Inc.**<br>1857 N Mosley<br>Wichita, KS 67214 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Unsecured__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.253 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,400.00 |
|---|---|---|---|
| | **Total Quality Logistics LLC**<br>PO Box 634558<br>Cincinati, OH 45263-4558 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Unsecured__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.254 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $118,348.59 |
|---|---|---|---|
| | **Tranter Inc.**<br>Dept. 3275<br>PO Box 123275<br>Dallas, TX 75312-3275 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Unsecured__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.255 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Trenton Agri Products LLC**
2020 N. Bramblewood
Wichita, KS 67206

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $501.24 |
|---|---|---|---|

**Triangle Engineering, Inc.**
6 Industrial Way
Hanover, MA 02339

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unsecured__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,170.00 |
|---|---|---|---|

**Trident Automation, Inc**
1001 W. Kennedy Ave
Kimberly, WI 54136

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unsecured__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.258 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,119.50 |
|---|---|---|---|

**Triplett, Woolf & Garretson, LLC**
2959 N Rock Rd
Wichita, KS 67226

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unsecured__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,175.00 |
|---|---|---|---|

**Tulsa Gamma Ray, Inc**
1127 S. Lewis Avenue
Tulsa, OK 74104

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unsecured__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.260 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $435,351.50 |
|---|---|---|---|

**United Rentals**
PO Box 840514
Dallas, TX 75284-0514

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unsecured__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.261 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,571.33 |
|---|---|---|---|

**US Logo**
520 North West Street
Wichita, KS 67203

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unsecured__

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.262 | **Nonpriority creditor's name and mailing address**<br>**Valero Renewable Fuels Company, LLC**<br>PO Box 696101<br>San Antonio, TX 78269-6101 | **As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Customer__<br><br>Is the claim subject to offset? ☒ No ☐ Yes |

| | | |
|---|---|---|
| 3.263 | **Nonpriority creditor's name and mailing address**<br>**Valves and Industrial Resources, LLP**<br>5959 S Sam Houston Pkwy E<br>Houston, TX 77048-5901 | **As of the petition filing date, the claim is:** *Check all that apply.*     **$240,716.05**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Unsecured__<br><br>Is the claim subject to offset? ☒ No ☐ Yes |

| | | |
|---|---|---|
| 3.264 | **Nonpriority creditor's name and mailing address**<br>**Verizon Wireless**<br>PO Box 25505<br>Lehigh Valley, PA 18002 | **As of the petition filing date, the claim is:** *Check all that apply.*     **$3,643.04**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Unsecured__<br><br>Is the claim subject to offset? ☒ No ☐ Yes |

| | | |
|---|---|---|
| 3.265 | **Nonpriority creditor's name and mailing address**<br>**Vogel Ventures, LLC**<br>P.O. Box 400<br>Maize, KS 67101-0400 | **As of the petition filing date, the claim is:** *Check all that apply.*     **$3,068.81**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Unsecured__<br><br>Is the claim subject to offset? ☒ No ☐ Yes |

| | | |
|---|---|---|
| 3.266 | **Nonpriority creditor's name and mailing address**<br>**Vogel, Eric**<br>702 Trotter<br>Maize, KS 67101 | **As of the petition filing date, the claim is:** *Check all that apply.*     **$459,000.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __owner loans/stock purchase transfer__<br><br>Is the claim subject to offset? ☒ No ☐ Yes |

| | | |
|---|---|---|
| 3.267 | **Nonpriority creditor's name and mailing address**<br>**W & M Welding, Inc.**<br>202 Industrial Road<br>Sedalia, MO 65301 | **As of the petition filing date, the claim is:** *Check all that apply.*     **$19.44**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Unsecured__<br><br>Is the claim subject to offset? ☒ No ☐ Yes |

| | | |
|---|---|---|
| 3.268 | **Nonpriority creditor's name and mailing address**<br>**Waste Connections**<br>PO Box 660177<br>Dallas, TX 75266-0177 | **As of the petition filing date, the claim is:** *Check all that apply.*     **$505.28**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Unsecured__<br><br>Is the claim subject to offset? ☒ No ☐ Yes |

| 3.269 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $799.20 |
|---|---|---|---|

**Waste Management**
PO Box 9001054
Louisville, KY 40290-1054

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.270 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $625,000.00 |
|---|---|---|---|

**WB Technologies, LLC**
2642 N Northshore Circle
Wichita, KS 67205

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34.50 |
|---|---|---|---|

**Welders Supply Company**
P.O. Box 875
Beloit, WI 53512-0875

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $85,260.00 |
|---|---|---|---|

**Wells Brothers, Inc.**
105 Shue Dr.
Anna, OH 45302

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $549.73 |
|---|---|---|---|

**Westar Energy**
P.O. Box 758500
Topeka, KS 66675-8500

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,798.78 |
|---|---|---|---|

**Westmor Fluid Solutions, LLC**
14044 W Freeway Drive
Columbus, MN 55038-9705

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,620.88 |
|---|---|---|---|

**WestMor Industries, LLC**
P.O. Box 683
Morris, MN 56267-0683

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.276 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,427.59 |
|---|---|---|---|

**Wheeler Services Inc**
**3535 Trotter Dr.**
**Alpharetta, GA 30004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,350.00 |
|---|---|---|---|

**Wichita Coring & Cutting**
**PO Box 87-8489**
**Kansas City, MO 64187-8489**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $430.00 |
|---|---|---|---|

**Wichita Fence Co., Inc.**
**4901 N. Broadway**
**Wichita, KS 67219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,307.51 |
|---|---|---|---|

**Williams Scotsman Inc.**
**P.O. Box 91975**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $68,190.00 |
|---|---|---|---|

**Wilson & Company, Inc**
**PO Box 3305**
**Salina, KS 67402-3305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Wimmer Land Surveys, Inc.**
**PO Box 547**
**Marion, IN 46952**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

**Winbco Tank Company**
**P.O. Box 618**
**Ottumwa, IA 52501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.283 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,432.41** |
|---|---|---|---|

**World Fuel Services, Inc.**
**2458 Paysphere Circle**
**Chicago, IL 60674-0024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.284 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24,526.83** |
|---|---|---|---|

**Wright Express**
**Fleet Services**
**PO Box 6293**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.285 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,957.70** |
|---|---|---|---|

**XL Automation, Inc.**
**919 Mountain Top Drive**
**Marietta, GA 30062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.286 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,445.78** |
|---|---|---|---|

**Ya Ya's**
**8115 E 21st St N**
**Wichita, KS 67135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.287 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$235.46** |
|---|---|---|---|

**YRC Inc. dba YRC Freight**
**10990 Roe Avenue**
**Overland Park, KS 66211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.288 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,050.00** |
|---|---|---|---|

**Zook Excavating**
**21894 SE Neosho Road**
**Garnett, KS 66032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Internal Revenue Service**<br>**ATTN: Mail Stop 5334**<br>**Advisory/Insolvency**<br>**2850 NE Independence Avenue**<br>**Lees Summit, MO 64064** | Line **2.78**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Internal Revenue Service**<br>**ATTN: Mail Stop 5334**<br>**Advisory/Insolvency**<br>**2850 NE Independence Avenue**<br>**Lees Summit, MO 64064** | Line **2.79**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Internal Revenue Service**<br>**ATTN: Mail Stop 5334**<br>**Advisory/Insolvency**<br>**2850 NE Independence Avenue**<br>**Lees Summit, MO 64064** | Line **2.80**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Internal Revenue Service**<br>**ATTN: Mail Stop 5334**<br>**Advisory/Insolvency**<br>**2850 NE Independence Avenue**<br>**Lees Summit, MO 64064** | Line **2.81**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **United States Attorney**<br>**1200 Epic Center**<br>**301 N. Main**<br>**Wichita, KS 67202** | Line **2.78**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **United States Attorney**<br>**1200 Epic Center**<br>**301 N. Main**<br>**Wichita, KS 67202** | Line **2.79**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **United States Attorney**<br>**1200 Epic Center**<br>**301 N. Main**<br>**Wichita, KS 67202** | Line **2.80**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **United States Attorney**<br>**1200 Epic Center**<br>**301 N. Main**<br>**Wichita, KS 67202** | Line **2.81**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 2,277,367.56 |
| **5b. Total claims from Part 2** | 5b. + | $ | 10,996,968.34 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 13,274,335.90 |

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest **Lease on camera security system equipment** | |
| State the term remaining | |
| List the contract number of any government contract | **Belt Inc** |

Fill in this information to identify the case:

Debtor name **WB Services, LLC**

United States Bankruptcy Court for the: DISTRICT OF KANSAS

Case number (if known) **16-10759**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | *Check all schedules that apply:* |
| 2.1 | **AWI** | | | ☐ D ____<br>☐ E/F ____<br>☐ G ____ |
| 2.2 | **Bernie Hoffman** | | | ☐ D ____<br>☐ E/F ____<br>☐ G ____ |
| 2.3 | **Cecil O'Brate** | 3118 N. Cummings Road<br>Garden City, KS 67846 | | ☐ D ____<br>☐ E/F ____<br>☐ G ____ |
| 2.4 | **Eric Vogel** | | | ☐ D ____<br>☐ E/F ____<br>☐ G ____ |
| 2.5 | **Richard Belt** | | | ☐ D ____<br>☐ E/F ____<br>☐ G ____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | Column 2: **Creditor** |
| --- | --- |

2.6   **Ronald Beemiller**

☐ D _____
☐ E/F _____
☐ G _____

| Fill in this information to identify the case: |

Debtor name    **WB Services, LLC**

United States Bankruptcy Court for the:    DISTRICT OF KANSAS

Case number (if known)    **16-10759**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

     **1a. Real property:**
     Copy line 88 from *Schedule A/B*........................................................................ $    **890,000.00**

     **1b. Total personal property:**
     Copy line 91A from *Schedule A/B*..................................................................... $    **10,392,380.49**

     **1c. Total of all property:**
     Copy line 92 from *Schedule A/B*....................................................................... $    **11,282,380.49**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $    **14,541,565.50**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

     **3a. Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................... $    **2,277,367.56**

     **3b. Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$    **10,996,968.34**

4. Total liabilities ........................................................................................
     Lines 2 + 3a + 3b    $    **27,815,901.40**

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __May 20, 2016__        X **/s/ Ronald J Beemiller, II**
                                      Signature of individual signing on behalf of debtor

                                      **Ronald J Beemiller, II**
                                      Printed name

                                      **Managing Member**
                                      Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name  **WB Services, LLC**

United States Bankruptcy Court for the:  DISTRICT OF KANSAS

Case number (if known)  **16-10759**

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**  **Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2016** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **Unknown** |
| **For prior year:**<br>From  **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | **$31,227,542.16** |
| **For year before that:**<br>From  **1/01/2014** to **12/31/2014** | ■ Operating a business<br>☐ Other _____ | **$78,443,876.00** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:**  **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| | | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.   **See attached list** | **Various** | **$2,209,342.00** | ■ Secured debt<br>■ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   **Ronald Beemiller II**<br><br>     **equity owner** | **Oct 30 2015** | **$250,000.00** | **loan repayment** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Cecil O'Brate**<br>**3118 N. Cummings Road**<br>**Garden City, KS 67846** | **vehicles and inventory** | **April 2016** | **Unknown** |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

<span style="background:black;color:white">**Part 3:**</span>   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   **Decker Electric Inc vs WB Services, LLC**<br>**16CV0861** | **Contract** | **18th Judicial District Court**<br>**Sedgwick County**<br>**Wichita, KS 67202** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.2. **JCI Industries, Inc. vs WB Services, LLC 2016LM005972** | **Contract** | **18th Judicial District Court Sedgwick County Wichita, KS 67202** | ■ Pending ☐ On appeal ☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Sedgwick Booster Club** | **Cash donation to Sedgwick 2014 Fall Festival for street dance band** | **5/13/2014** | **$1,000.00** |
| | Recipients relationship to debtor | | | |
| 9.2. | **Iowa State University** | **Scholarship disbursement for Hillary Kletscher** | **5/16/2014** | **$2,500.00** |
| | Recipients relationship to debtor | | | |
| 9.3. | **Valero Energy Foundation** | **2014 Valero benefit event for children** | **7/1/2014** | **$5,000.00** |
| | Recipients relationship to debtor | | | |
| 9.4. | **Oregon Institute of Technology** | **Scholarship for Elizabeth Thurman** | **7/7/2014** | **$2,500.00** |
| | Recipients relationship to debtor | | | |
| 9.5. | **Catholic Charities- Diocese of Wichita** | **Charitable cash donation** | **11/20/2014** | **$10,000.00** |
| | Recipients relationship to debtor | | | |

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.6. | **Greater Wichita Sports Commission** | **Cash donation** | **6/26/2015** | **$1,000.00** |
| | Recipients relationship to debtor | | | |

---

**Part 5:**  **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

---

**Part 6:**  **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Eron Law, P.A.** **229 E. William** **Suite 100** **Wichita, KS 67202** | **Attorney Fees** | | **$10,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. | **Cecil O'Brate**<br>**3118 N. Cummings Road**<br>**Garden City, KS 67846** | **Stock transfer; purchased 25% of equity ownership in LLC** | **Fall 2015** | **$5,000,000.00** |
| | Relationship to debtor<br>**none** | | | |

---

**Part 7:**  **Previous Locations**

**14. Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**  **Health Care Bankruptcies**

**15. Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**  **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

   ■ No.
   ☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ■ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**  **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this

case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.   **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No.
   ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
    Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.    Sedgwick Ventures LLC<br>300 E. Industrial Drive<br>Sedgwick, KS 67135 | property management | EIN:<br><br>From-To   2012 |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Allen, Gibbs & Houlik, L.C.**<br>**Cindy McSwain** | **January- June 2015** |
| 26a.2.    **Interstate Tax Strategies, P.C.** | |
| 26a.3.    **M & L CPA's Chartered** | |
| 26a.4.    **Pricewaterhouse Coopers LLC** | |
| 26a.5.    **Eldringhoff, Dawna** | **2009- December 2014** |
| 26a.6.    **Elizabeth Maury** | **2010- 2016** |
| 26a.7.    **Misty Lieker** | **April 2015-October 2015** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement
     within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.    **Allen, Gibbs & Houlik, L.C.** | **2014** |

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.2.    **Fortner & Short LLC** | **2013** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Ronald Beemiller II | 2642 Northshore Wichita, KS 67205 | CEO;equity owner | 54% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Cecil O'Brate | 3118 N. Cummings Road Garden City, KS 67846 | equity owner | 25% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Richard Belt | | equity owner | 15% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Bernard Hoffman | | equity owner | 2013-2015 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Brandon Awtrey | | equity owner | 2013-2015 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Eric Vogel | | equity owner | 2007-2015 |

## 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Bernard Hoffman** | **$124,504.27** | **5/11/2015-2/18/2016** | **Payroll** |
| | Relationship to debtor **Equity owner** | | | |
| 30.2. | **Brandon Awtrey** | **$64,000.31** | **4/30/2015-3/3/2016** | **Payroll** |
| | Relationship to debtor **Equity owner** | | | |
| 30.3. | **Eric Vogel** | **$28,070.19** | **5/14/2015-2/18/2016** | **Payroll** |
| | Relationship to debtor **Equity owner** | | | |
| 30.4. | **Ronald Beemiller II** | **$213,750** | **5/15/2015-1/25/2016** | **Owner draw/payroll** |
| | Relationship to debtor **CEO, Equity owner** | | | |
| 30.5. | **Richard Belt** | **$2728.66** | **10/29/2015** | **Interest payment** |
| | Relationship to debtor **Equity owner** | | | |
| 30.6. | **Ronald Beemiller II** | **$250,000.00** | **10/30/2015** | **Loan payment-stock transaction** |
| | Relationship to debtor **CEO, Equity owner** | | | |

## 31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

�)■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 20, 2016**

**/s/ Ronald J Beemiller, II**                              **Ronald J Beemiller, II**
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor    **Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

# WB Services, LLC
## Transaction Detail by Account
### January 28 through May 15, 2016

| Account | Type | Date | Num | Name | Memo | Debit | Credit | Amount |
|---|---|---|---|---|---|---|---|---|
| Bank of Oklahoma Operating | Bill Pmt -Check | 01/28/2016 | ADO12816 | South Dakota Dept of Revenue | Dec 2015 Return for 1024-8226-ET | | 6,240.89 | (6,240.89) |
| Bank of Oklahoma Operating | Bill Pmt -Check | 01/29/2016 | ADO42 | BELT, Inc | Reformer Lease - PM 011816 | | 48,862.00 | (48,862.00) |
| Bank of Oklahoma Operating | Bill Pmt -Check | 02/04/2016 | 40046 | Tranter Inc. | | | 212,873.30 | (212,873.30) |
| Bank of Oklahoma Operating | Bill Pmt -Check | 02/04/2016 | 40047 | Sulzer Pumps Solutions, Inc. | | | 173,853.00 | (173,853.00) |
| Bank of Oklahoma Operating | Bill Pmt -Check | 02/04/2016 | 40048 | Farris Engineering | | | 54,034.00 | (54,034.00) |
| Bank of Oklahoma Operating | Bill Pmt -Check | 02/04/2016 | 40049 | Gilbert Industries, Inc. | | | 116,452.50 | (116,452.50) |
| Bank of Oklahoma Operating | Bill Pmt -Check | 02/04/2016 | 40050 | Colling Industries, Inc. | Project # C110 EKAE Renewable-Hydrogen Production Plant PM 123215 | | 292,860.00 | (292,860.00) |
| Bank of Oklahoma Operating | Bill Pmt -Check | 02/05/2016 | 50004 | Sedgwick Ventures | | | 8,934.76 | (8,934.76) |
| Bank SNB Operating | Bill Pmt -Check | 02/05/2016 | 50005 | IntegraEnergy Group, Inc. | | | 304,070.00 | (304,070.00) |
| Bank SNB Operating | Bill Pmt -Check | 02/05/2016 | 50006 | Midwest Tank Company | | | 22,030.00 | (22,030.00) |
| Bank SNB Operating | Bill Pmt -Check | 02/08/2016 | 50007 | BELT, Inc | | | 3,835.50 | (3,835.50) |
| Simmons First | Bill Pmt -Check | 02/08/2016 | PCARD020516 | Alexander, Karl | Camera Security System Lease | | 1,148.00 | (1,148.00) |
| Simmons First | Bill Pmt -Check | 02/08/2016 | PCARD020516 | Azzarito, Andrew | | | 738.00 | (738.00) |
| Simmons First | Bill Pmt -Check | 02/08/2016 | PCARD020516 | Baldwin, Keith | | | 1,148.00 | (1,148.00) |
| Simmons First | Bill Pmt -Check | 02/08/2016 | PCARD020516 | Behrens, Brittany | | | 328.00 | (328.00) |
| Simmons First | Bill Pmt -Check | 02/08/2016 | PCARD020516 | Behrens, Charles | | | 328.00 | (328.00) |
| Simmons First | Bill Pmt -Check | 02/08/2016 | PCARD020516 | Berry, Terry | | | 1,148.00 | (1,148.00) |
| Simmons First | Bill Pmt -Check | 02/08/2016 | PCARD020516 | Bird, Brook | | | 1,148.00 | (1,148.00) |
| Simmons First | Bill Pmt -Check | 02/08/2016 | PCARD020516 | Cruz, Juan | | | 738.00 | (738.00) |
| Simmons First | Bill Pmt -Check | 02/08/2016 | PCARD020516 | Dean, Curtis | | | 1,148.00 | (1,148.00) |
| Simmons First | Bill Pmt -Check | 02/08/2016 | PCARD020516 | Duncan, Douglas | | | 1,148.00 | (1,148.00) |
| Simmons First | Bill Pmt -Check | 02/08/2016 | PCARD020516 | Finger, Cody | | | 902.00 | (902.00) |
| Simmons First | Bill Pmt -Check | 02/08/2016 | PCARD020516 | Flores, Javier | | | 1,148.00 | (1,148.00) |
| Simmons First | Bill Pmt -Check | 02/08/2016 | PCARD020516 | Gates, Jason | | | 1,400.00 | (1,400.00) |
| Simmons First | Bill Pmt -Check | 02/08/2016 | PCARD020516 | Gates, Michael | | | 1,148.00 | (1,148.00) |
| Simmons First | Bill Pmt -Check | 02/08/2016 | PCARD020516 | Glasscock, Timothy | | | 100.00 | (100.00) |
| Simmons First | Bill Pmt -Check | 02/08/2016 | PCARD020516 | Grewing, Joseph | | | 902.00 | (902.00) |
| Simmons First | Bill Pmt -Check | 02/08/2016 | PCARD020516 | Hamon, Gregory | | | 328.00 | (328.00) |
| Simmons First | Bill Pmt -Check | 02/08/2016 | PCARD020516 | Hazelwood, Raymond | | | 1,148.00 | (1,148.00) |
| Simmons First | Bill Pmt -Check | 02/08/2016 | PCARD020516 | Helmick, Bruce | | | 1,148.00 | (1,148.00) |
| Simmons First | Bill Pmt -Check | 02/08/2016 | PCARD020516 | Held, Gary | | | 1,148.00 | (1,148.00) |
| Simmons First | Bill Pmt -Check | 02/08/2016 | PCARD020516 | Jackson, James | | | 1,148.00 | (1,148.00) |
| Simmons First | Bill Pmt -Check | 02/08/2016 | PCARD020516 | Jackson, Joseph | | | 1,148.00 | (1,148.00) |
| Simmons First | Bill Pmt -Check | 02/08/2016 | PCARD020516 | Johnson, Eric | | | 984.00 | (984.00) |
| Simmons First | Bill Pmt -Check | 02/08/2016 | PCARD020516 | King, Dillon | | | 1,148.00 | (1,148.00) |
| Simmons First | Bill Pmt -Check | 02/08/2016 | PCARD020516 | Lambert, Donna | | | 1,148.00 | (1,148.00) |
| Simmons First | Bill Pmt -Check | 02/08/2016 | PCARD020516 | Lambert, Kenneth | | | 1,148.00 | (1,148.00) |
| Simmons First | Bill Pmt -Check | 02/08/2016 | PCARD020516 | Lemons, Gage | | | 1,148.00 | (1,148.00) |
| Simmons First | Bill Pmt -Check | 02/08/2016 | PCARD020516 | Leroy, Billy | | | 1,148.00 | (1,148.00) |
| Simmons First | Bill Pmt -Check | 02/08/2016 | PCARD020516 | McCullough, Zebulah | | | 1,400.00 | (1,400.00) |
| Simmons First | Bill Pmt -Check | 02/08/2016 | PCARD020516 | Merrill, Michael | | | 1,148.00 | (1,148.00) |
| Simmons First | Bill Pmt -Check | 02/08/2016 | PCARD020516 | Nuss, Tyler | | | 1,148.00 | (1,148.00) |
| Simmons First | Bill Pmt -Check | 02/08/2016 | PCARD020516 | Pappan, Eric | | | 902.00 | (902.00) |
| Simmons First | Bill Pmt -Check | 02/08/2016 | PCARD020516 | Peregrine, Brandon | | | 1,100.00 | (1,100.00) |
| Simmons First | Bill Pmt -Check | 02/08/2016 | PCARD020516 | Prevatt, Eric | | | 1,148.00 | (1,148.00) |
| Simmons First | Bill Pmt -Check | 02/08/2016 | PCARD020516 | Roberts, Jason | | | 1,148.00 | (1,148.00) |
| Simmons First | Bill Pmt -Check | 02/08/2016 | PCARD020516 | Searles, Michael | | | 1,148.00 | (1,148.00) |
| Simmons First | Bill Pmt -Check | 02/08/2016 | PCARD020516 | Selman, Dale | | | 1,400.00 | (1,400.00) |
| Simmons First | Bill Pmt -Check | 02/08/2016 | PCARD020516 | Shelton, Caleb | | | 700.00 | (700.00) |

Form 207 #3

10:38 PM
05/15/16
Accrual Basis

WB Services, LLC
Transaction Detail by Account
January 28 through May 15, 2016

| Account | Type | Date | Num | Name | Memo | Debit | Credit | Amount |
|---|---|---|---|---|---|---|---|---|
| Simmons First | Bill Pmt -Check | 02/08/2016 | PCARD02051516 | Shields, Zachary | | | 1,148.00 | (1,148.00) |
| Simmons First | Bill Pmt -Check | 02/08/2016 | PCARD02051516 | Stewart, Eric | | | 902.00 | (902.00) |
| Simmons First | Bill Pmt -Check | 02/08/2016 | PCARD02051516 | Supik, Joe | | | 700.00 | (700.00) |
| Simmons First | Bill Pmt -Check | 02/08/2016 | PCARD02051516 | Taylor, Joan Marie | | | 328.00 | (328.00) |
| Simmons First | Bill Pmt -Check | 02/08/2016 | PCARD02051516 | Taylor, Robert | | | 328.00 | (328.00) |
| Simmons First | Bill Pmt -Check | 02/08/2016 | PCARD02051516 | Tripp, Loren | | | 1,148.00 | (1,148.00) |
| Simmons First | Bill Pmt -Check | 02/08/2016 | PCARD02051516 | Upp, Kial | | | 246.00 | (246.00) |
| Simmons First | Bill Pmt -Check | 02/08/2016 | PCARD02051516 | Upp, Mark | | | 1,148.00 | (1,148.00) |
| Simmons First | Bill Pmt -Check | 02/08/2016 | PCARD02051516 | White, Matthew | | | 1,148.00 | (1,148.00) |
| Simmons First | Bill Pmt -Check | 02/08/2016 | PCARD02051516 | Woodman, Jesse | | | 1,148.00 | (1,148.00) |
| Simmons First | Bill Pmt -Check | 02/08/2016 | PCARD02051516 | Woosley, Thomas | | | 1,148.00 | (1,148.00) |
| Simmons First | Bill Pmt -Check | 02/08/2016 | PCARD02051516 | Wulff, Austin | | | 37,410.00 | (37,410.00) |
| Simmons First | Bill Pmt -Check | 02/09/2016 | 50009 | Brand Electric, Inc. | | | 34,970.00 | (34,970.00) |
| Bank SNB Operating | Bill Pmt -Check | 02/09/2016 | 50010 | RRS, LLC | | | 9,791.10 | (9,791.10) |
| Bank SNB Operating | Bill Pmt -Check | 02/09/2016 | 50011 | Dean E Norris, Inc. | Project # M118 Valero/Aurora Lat/Hub-Pipe cutting and welding  PM 10291 | | 116,708.98 | (116,708.98) |
| Bank SNB Operating | Bill Pmt -Check | 02/10/2016 | 50012 | Interstates Construction Services, Inc. | | | 67,461.00 | (67,461.00) |
| Bank SNB Operating | Bill Pmt -Check | 02/10/2016 | WIRE021016 | D & K Tanks, LLC | | | 15,501.03 | (15,501.03) |
| Bank SNB Operating | Bill Pmt -Check | 02/10/2016 | 50013 | United Rentals | | | 3,579.53 | (3,579.53) |
| Bank SNB Operating | Bill Pmt -Check | 02/11/2016 | 50017 | Multi Service Aviation | | | 12,943.25 | (12,943.25) |
| Bank SNB Operating | Bill Pmt -Check | 02/11/2016 | WIRE021116 | Campbell Concrete Construction, LLC | | | 12,015.86 | (12,015.86) |
| Bank SNB Operating | Bill Pmt -Check | 02/11/2016 | 50020 | GEP | | | 10,423.79 | (10,423.79) |
| Bank SNB Operating | Bill Pmt -Check | 02/11/2016 | 50021 | HAJOCA | | | 165,650.00 | (165,650.00) |
| Bank SNB Operating | Bill Pmt -Check | 02/11/2016 | 50023 | Ulery, Karl | | | 620.24 | (620.24) |
| Bank SNB Operating | Bill Pmt -Check | 02/18/2016 | 50024 | Westar Energy | | | 1,946.63 | (1,946.63) |
| Bank SNB Operating | Bill Pmt -Check | 02/11/2016 | WIRE021116 | Kenny Pipe & Supply Inc | | | 52,112.14 | (52,112.14) |
| Bank SNB Operating | Bill Pmt -Check | 02/19/2016 | AD021916 | Kansas Gas Service | | | 1,124.19 | (1,124.19) |
| Bank SNB Operating | Bill Pmt -Check | 02/11/2016 | WIRE021116 | Blue Cross Blue Shield of Kansas | Medical Insurance - PM 021016 | | 12,517.00 | (12,517.00) |
| Bank SNB Operating | Bill Pmt -Check | 02/19/2016 | 50023 | Valves and Industrial Resources, LLP | Project # E376 KAAPA Cartridge/MCC-Conveyor Install PM 019116 | | 17,881.00 | (17,881.00) |
| Bank SNB Operating | Bill Pmt -Check | 02/19/2016 | 50022 | HABCO, Inc. | Project # C110 EKAE Renewable-Control Valves EV-3017, EV-3205, EV-3 | | 1,000.00 | (1,000.00) |
| Bank SNB Operating | Bill Pmt -Check | 02/19/2016 | PCARD021916 | Alexander, Karl | | | 1,148.00 | (1,148.00) |
| Bank SNB Operating | Bill Pmt -Check | 02/19/2016 | PCARD021916 | Multi Service Aviation | 388 gallons jet fuel N2441 | | 1,148.00 | (1,148.00) |
| Bank SNB Operating | Bill Pmt -Check | 02/19/2016 | PCARD021916 | Azzarito, Andrew | | | 1,148.00 | (1,148.00) |
| Bank SNB Operating | Bill Pmt -Check | 02/19/2016 | PCARD021916 | Baldwin, Keith | | | 1,148.00 | (1,148.00) |
| Bank SNB Operating | Bill Pmt -Check | 02/19/2016 | PCARD021916 | Beak, Rodney | | | 1,148.00 | (1,148.00) |
| Bank SNB Operating | Bill Pmt -Check | 02/19/2016 | PCARD021916 | Behrens, Brittany | test | | 1,148.00 | (1,148.00) |
| Bank SNB Operating | Bill Pmt -Check | 02/19/2016 | PCARD021916 | Behrens, Charles | | | 1,148.00 | (1,148.00) |
| Bank SNB Operating | Bill Pmt -Check | 02/19/2016 | PCARD021916 | Berry, Terry | | | 1,148.00 | (1,148.00) |
| Bank SNB Operating | Bill Pmt -Check | 02/19/2016 | PCARD021916 | Bird, Brook | | | 1,148.00 | (1,148.00) |
| Bank SNB Operating | Bill Pmt -Check | 02/19/2016 | PCARD021916 | Bivens, Jason | | | 820.00 | (820.00) |
| Bank SNB Operating | Bill Pmt -Check | 02/19/2016 | PCARD021916 | Black, Brian | | | 1,148.00 | (1,148.00) |
| Bank SNB Operating | Bill Pmt -Check | 02/19/2016 | PCARD021916 | Cruz, Juan | | | 82.00 | (82.00) |
| Bank SNB Operating | Bill Pmt -Check | 02/19/2016 | PCARD021916 | Dean, Curtis | | | 902.00 | (902.00) |
| Bank SNB Operating | Bill Pmt -Check | 02/19/2016 | PCARD021916 | Duncan, Douglas | | | 1,148.00 | (1,148.00) |
| Bank SNB Operating | Bill Pmt -Check | 02/19/2016 | PCARD021916 | Finger, Cody | | | 1,148.00 | (1,148.00) |
| Bank SNB Operating | Bill Pmt -Check | 02/19/2016 | PCARD021916 | Flores, Javier | | | 574.00 | (574.00) |
| Bank SNB Operating | Bill Pmt -Check | 02/19/2016 | PCARD021916 | Gates, Jason | | | 900.00 | (900.00) |
| Bank SNB Operating | Bill Pmt -Check | 02/19/2016 | PCARD021916 | Gates, Michael | | | 900.00 | (900.00) |
| Bank SNB Operating | Bill Pmt -Check | 02/19/2016 | PCARD021916 | Glasscock, Timothy | | | 634.00 | (634.00) |
| Bank SNB Operating | Bill Pmt -Check | 02/19/2016 | PCARD021916 | Good Jr, John | | | 1,400.00 | (1,400.00) |
| Bank SNB Operating | Bill Pmt -Check | 02/19/2016 | PCARD021916 | Grewing, Joseph | | | 1,148.00 | (1,148.00) |

Case 16-10759   Doc# 31   Filed 05/20/16   Page 128 of 133

# WB Services, LLC
## Transaction Detail by Account
### January 28 through May 15, 2016

| Account | Type | Date | Num | Name | Memo | Debit | Credit | Amount |
|---|---|---|---|---|---|---|---|---|
| Bank SNB Operating | Bill Pmt -Check | 02/19/2016 | PCARD021916 | Hazelwood, Raymond | | | 1,148.00 | (1,148.00) |
| Bank SNB Operating | Bill Pmt -Check | 02/19/2016 | PCARD021916 | Helmick, Bruce | | | 1,148.00 | (1,148.00) |
| Bank SNB Operating | Bill Pmt -Check | 02/19/2016 | PCARD021916 | Held, Gary | | | 738.00 | (738.00) |
| Bank SNB Operating | Bill Pmt -Check | 02/19/2016 | PCARD021916 | Hunter, Tim | | | 410.00 | (410.00) |
| Bank SNB Operating | Bill Pmt -Check | 02/19/2016 | PCARD021916 | Jackson, James | | | 410.00 | (410.00) |
| Bank SNB Operating | Bill Pmt -Check | 02/19/2016 | PCARD021916 | Jackson, Joseph | | | 1,148.00 | (1,148.00) |
| Bank SNB Operating | Bill Pmt -Check | 02/19/2016 | PCARD021916 | Johnson, Eric | | | 902.00 | (902.00) |
| Bank SNB Operating | Bill Pmt -Check | 02/19/2016 | PCARD021916 | King, Dillon | | | 1,148.00 | (1,148.00) |
| Bank SNB Operating | Bill Pmt -Check | 02/19/2016 | PCARD021916 | Lambert, Donna | | | 1,148.00 | (1,148.00) |
| Bank SNB Operating | Bill Pmt -Check | 02/19/2016 | PCARD021916 | Lambert, Kenneth | | | 1,148.00 | (1,148.00) |
| Bank SNB Operating | Bill Pmt -Check | 02/19/2016 | PCARD021916 | Lemons, Gage | | | 1,148.00 | (1,148.00) |
| Bank SNB Operating | Bill Pmt -Check | 02/19/2016 | PCARD021916 | Leroy, Billy | | | 1,148.00 | (1,148.00) |
| Bank SNB Operating | Bill Pmt -Check | 02/19/2016 | PCARD021916 | McCullough, Zebulun | | | 864.00 | (864.00) |
| Bank SNB Operating | Bill Pmt -Check | 02/19/2016 | PCARD021916 | Merrill, Michael | | | 1,148.00 | (1,148.00) |
| Bank SNB Operating | Bill Pmt -Check | 02/19/2016 | PCARD021916 | Nass, Tyler | | | 1,148.00 | (1,148.00) |
| Bank SNB Operating | Bill Pmt -Check | 02/19/2016 | PCARD021916 | Pappan, Eric | | | 1,300.00 | (1,300.00) |
| Bank SNB Operating | Bill Pmt -Check | 02/19/2016 | PCARD021916 | Peregrine, Brandon | | | 1,148.00 | (1,148.00) |
| Bank SNB Operating | Bill Pmt -Check | 02/19/2016 | PCARD021916 | Prevatt, Eric | | | 574.00 | (574.00) |
| Bank SNB Operating | Bill Pmt -Check | 02/19/2016 | PCARD021916 | Roberts, Jason | | | 902.00 | (902.00) |
| Bank SNB Operating | Bill Pmt -Check | 02/19/2016 | PCARD021916 | Searles, Michael | | | 1,148.00 | (1,148.00) |
| Bank SNB Operating | Bill Pmt -Check | 02/19/2016 | PCARD021916 | Selman, Dale | | | 1,641.25 | (1,641.25) |
| Bank SNB Operating | Bill Pmt -Check | 02/19/2016 | PCARD021916 | Shelton, Caleb | | | 1,400.00 | (1,400.00) |
| Bank SNB Operating | Bill Pmt -Check | 02/19/2016 | PCARD021916 | Shields, Zachary | | | 1,148.00 | (1,148.00) |
| Bank SNB Operating | Bill Pmt -Check | 02/19/2016 | PCARD021916 | Stewart, Eric | | | 574.00 | (574.00) |
| Bank SNB Operating | Bill Pmt -Check | 02/19/2016 | PCARD021916 | Supik, Joe | | | 2,844.50 | (2,844.50) |
| Bank SNB Operating | Bill Pmt -Check | 02/19/2016 | PCARD021916 | Taylor, Joan Marie | | | 1,148.00 | (1,148.00) |
| Bank SNB Operating | Bill Pmt -Check | 02/19/2016 | PCARD021916 | Taylor, Robert | | | 1,148.00 | (1,148.00) |
| Bank SNB Operating | Bill Pmt -Check | 02/19/2016 | PCARD021916 | Tripp, Loren | | | 574.00 | (574.00) |
| Bank SNB Operating | Bill Pmt -Check | 02/19/2016 | PCARD021916 | Ulery, Kiel | | | 902.00 | (902.00) |
| Bank SNB Operating | Bill Pmt -Check | 02/19/2016 | PCARD021916 | Upp, Mark | | | 328.00 | (328.00) |
| Bank SNB Operating | Bill Pmt -Check | 02/19/2016 | PCARD021916 | White, Matthew | | | 902.00 | (902.00) |
| Bank SNB Operating | Bill Pmt -Check | 02/19/2016 | PCARD021916 | Wiggins, Donnie | | | 820.00 | (820.00) |
| Bank SNB Operating | Bill Pmt -Check | 02/19/2016 | PCARD021916 | Woodman, Jesse | | | 902.00 | (902.00) |
| Bank SNB Operating | Bill Pmt -Check | 02/19/2016 | PCARD021916 | Woosley, Thomas | | | 1,148.00 | (1,148.00) |
| Bank SNB Operating | Bill Pmt -Check | 02/19/2016 | PCARD021916 | Wulff, Austin | | | 1,148.00 | (1,148.00) |
| Bank SNB Operating | Bill Pmt -Check | 02/19/2016 | 50025 | Beiyamain, Adam | | | 799.95 | (799.95) |
| Bank SNB Operating | Bill Pmt -Check | 02/19/2016 | 50026 | Cameron, Keith | Employee Expense Reimbursement - PM 011916 | | 55.06 | (55.06) |
| Bank SNB Operating | Bill Pmt -Check | 02/19/2016 | 50027 | Camper, Dean | Employee Expense Reimbursement - PM 020416 | | 62.28 | (62.28) |
| Bank SNB Operating | Bill Pmt -Check | 02/19/2016 | 50028 | Carter, Chris | Employee Expense Reimbursement - PM 020416 | | 162.74 | (162.74) |
| Bank SNB Operating | Bill Pmt -Check | 02/19/2016 | 50029 | Hoffman, Bernard | Employee Expense Reimbursement - PM 011916 | | 35.00 | (35.00) |
| Bank SNB Operating | Bill Pmt -Check | 02/19/2016 | 50030 | King, Stephanie | Employee Expense Reimbursement - PM 011916 | | 30.63 | (30.63) |
| Bank SNB Operating | Bill Pmt -Check | 02/19/2016 | 50031 | Landsbaum, Ross | Employee Expense Reimbursement - PM 011916 | | 730.69 | (730.69) |
| Bank SNB Operating | Bill Pmt -Check | 02/19/2016 | 50032 | Overheul, Rachel | Employee Reimbursement /PM 011916 | | 46.68 | (46.68) |
| Bank SNB Operating | Bill Pmt -Check | 02/19/2016 | 50033 | Root, Benjamin | Employee Expense Reimbursement /PM 020416 | | 338.51 | (338.51) |
| Bank SNB Operating | Bill Pmt -Check | 02/19/2016 | 50034 | United Rentals | | | 41,048.63 | (41,048.63) |
| Bank SNB Operating | Bill Pmt -Check | 02/23/2016 | 50035 | Born, Inc. | | | 69,001.35 | (69,001.35) |
| Bank SNB Operating | Bill Pmt -Check | 02/24/2016 | ADV022416 | AT&T Mobility | Jan 2016 cellphone service - R Beemtler | | 730.74 | (730.74) |
| Bank SNB Operating | Bill Pmt -Check | 02/26/2016 | WIRE022616 | Blue Cross Blue Shield of Kansas | PENDING EXE APPROVAL - Medical insurance | | 52,882.79 | (52,882.79) |
| Bank SNB Operating | Bill Pmt -Check | 02/26/2016 | WIRE022616 | First Insurance Funding Corp | Professional, Umbrella & General Liability Insurance - PM 012816 | | 19,274.33 | (19,274.33) |

Case 16-10759    Doc# 31    Filed 05/20/16    Page 129 of 133

# WB Services, LLC
## Transaction Detail by Account
### January 28 through May 15, 2016

| Account | Type | Date | Num | Name | Memo | Debit | Credit | Amount |
|---|---|---|---|---|---|---|---|---|
| Bank SNB Operating | Bill Pmt -Check | 02/29/2016 | 50039 | Sedgwick County Treasurer | 1GC1KUE84FF160733 Tag# 179GTV | | 918.97 | (918.97) |
| Bank SNB Operating | Bill Pmt -Check | 03/01/2016 | AD0300116 | Bank SNB | | | 23,894.12 | (23,894.12) |
| Bank SNB Operating | Bill Pmt -Check | 03/02/2016 | 50040 | City of Sedgwick | | | 390.65 | (390.65) |
| Bank SNB Operating | Bill Pmt -Check | 03/02/2016 | WIRE030216 | Nationwide | | | 4,964.44 | (4,964.44) |
| Bank SNB Operating | Bill Pmt -Check | 03/03/2016 | 50041 | Enerpen | WB Dental, Life, AD&D Insurance - February 2016 - PM 012016 | | 5,000.00 | (5,000.00) |
| Bank SNB Operating | Bill Pmt -Check | 03/11/2016 | AD031016 | Bank SNB | | | 69,292.73 | (69,292.73) |
| Bank SNB Operating | Bill Pmt -Check | 03/14/2016 | 50042 | Westar Energy | Acct# 7550605453 service at 250 E Industrial Dr Sedgwick KS | | 17,324.38 | (17,324.38) |
| Bank SNB Operating | Bill Pmt -Check | 03/14/2016 | AD031416 | First Insurance Funding Corp | | | 15,933.15 | (15,933.15) |
| Bank SNB Operating | Bill Pmt -Check | 03/21/2016 | 50043 | Conicon Technologies, Inc. | | | 500.00 | (500.00) |
| Bank SNB Operating | Bill Pmt -Check | 03/22/2016 | AD032216 | AT&T Mobility | Feb 2016 cellphone service - R Beemiller | | 555.78 | (555.78) |
| Simmons First | Bill Pmt -Check | 04/11/2016 | AD041116 | Simmons First National Bank | | | 3,835.26 | (3,835.26) |
| 10101 · Checking 309397 | Bill Pmt -Check | 04/26/2016 | AD042616 | Kansas Gas Service | Gas service at 300 E Industrial Dr 031616-041516 | | 110.78 | (110.78) |
| 10101 · Checking 309397 | Bill Pmt -Check | 04/26/2016 | AD042616 | Kansas Gas Service | Gas service at 200 E Industrial Dr 031616-041516 | | 93.80 | (93.80) |
| 10101 · Checking 309397 | Bill Pmt -Check | 04/26/2016 | AD042616 | Kansas Gas Service | Gas service at 319 N Madison FINAL BILL 010716-011516 | | 109.23 | (109.23) |
| 10101 · Checking 309397 | Bill Pmt -Check | 04/26/2016 | AD042616 | Cox Communications | Business Telephone, cable & internet service @ 300 & 200 E Industrial loc... | | 2,390.66 | (2,390.66) |
| 10101 · Checking 309397 | Bill Pmt -Check | 04/26/2016 | 1270 | Cox Communications | WB Services Loan # 86069646 for 300 E Industrial | | 3,585.26 | (3,585.26) |
| 10101 · Checking 309397 | Bill Pmt -Check | 04/27/2016 | 1278 | Auto Craft Collision Repair | 2012 Ford Expedition - repair from wreck (EMC will send a check) | | 5,639.34 | (5,639.34) |
| 10101 · Checking 309397 | Bill Pmt -Check | 04/29/2016 | AD042916 | Cox Communications | Business Telephone, cable & internet service @ 300 & 200 E Industrial loc... | | 2,382.22 | (2,382.22) |
| 10101 · Checking 309397 | Bill Pmt -Check | 04/29/2016 | AD042916 | Cox Communications | Acct #001 1001 079823701 Telephone Service | | 298.64 | (298.64) |
| 10101 · Checking 309397 | Check | 01/29/2016 | AD012916 | Ford Credit | | | 1,073.20 | (1,073.20) |
| 10101 · Checking 309397 | Check | 01/29/2016 | BC012916 | Ford Credit | OD fee | | 9.26 | (9.26) |
| 10101 · Checking 309397 | Check | 01/30/2016 | AD013016 | TD Auto Finance | | | 732.54 | (732.54) |
| 10101 · Checking 309397 | Check | 01/30/2016 | AD013116 | TD Auto Finance | | | 998.87 | (998.87) |
| 10101 · Checking 309397 | Check | 02/01/2016 | AD020116 | Legacy Bank | | | 10.00 | (10.00) |
| 10101 · Checking 309397 | Check | 02/04/2016 | 0204168C | Legacy Bank | | | 906.92 | (906.92) |
| 10101 · Checking 309397 | Check | 02/06/2016 | AD020616 | TD Auto Finance | | | 1,073.20 | (1,073.20) |
| 10101 · Checking 309397 | Check | 02/28/2016 | AD022816 | Ford Credit | | | 10.65 | (10.65) |
| 10101 · Checking 309397 | Check | 02/28/2016 | BC022916 | Legacy Bank | | | 948.57 | (948.57) |
| 10101 · Checking 309397 | Check | 02/29/2016 | AD022916 | TD Auto Finance | | | 732.54 | (732.54) |
| 10101 · Checking 309397 | Check | 02/29/2016 | AD022916 | TD Auto Finance | | | 998.87 | (998.87) |
| 10101 · Checking 309397 | Check | 03/01/2016 | AD030116 | Legacy Bank | | | 13,150.81 | (13,150.81) |
| 10101 · Checking 309397 | Check | 03/01/2016 | 1247 | WB Services, LLC | Total Loss Settlement - 2009 Chevy Colorado VIN 102742 | | 906.92 | (906.92) |
| 10101 · Checking 309397 | Check | 03/06/2016 | AD030616 | TD Auto Finance | | | 1,073.20 | (1,073.20) |
| 10101 · Checking 309397 | Check | 03/09/2016 | AD032916 | Ford Credit | 49184946 | | 207.70 | (207.70) |
| 10101 · Checking 309397 | Check | 03/29/2016 | 1248 | Kansas Gas Service | 300 E Industrial Drive | | 340.95 | (340.95) |
| 10101 · Checking 309397 | Check | 03/29/2016 | 1249 | Bank SNB | WB Services LOC Interest - Loan # 7275600 | | 28,027.09 | (28,027.09) |
| 10101 · Checking 309397 | Check | 03/29/2016 | 1250 | Westar Energy | Electric at 200 E Industrial Dr 011816-021716 | | 551.22 | (551.22) |
| 10101 · Checking 309397 | Check | 03/29/2016 | ACH032916 | Westar Energy | Electric at 300 E Industrial Dr 011816-021716 | | 1,235.54 | (1,235.54) |
| 10101 · Checking 309397 | Check | 03/29/2016 | ACH032916 | Westar Energy | Electric at 250 E Industrial Dr 011816-021716 | | 9,361.12 | (9,361.12) |
| 10101 · Checking 309397 | Check | 03/29/2016 | ACH032916 | North American Company Life/Health | Policy # LB01101620 : Ronald J Beemiller II | | 665.00 | (665.00) |
| 10101 · Checking 309397 | Check | 03/30/2016 | 1251 | TD Auto Finance | | | 732.54 | (732.54) |
| 10101 · Checking 309397 | Check | 03/31/2016 | AD031316 | TD Auto Finance | | | 948.57 | (948.57) |
| 10101 · Checking 309397 | Check | 03/31/2016 | 1252 | Kalb, Dennis A. | 031316 - 032616 | | 1,942.11 | (1,942.11) |
| 10101 · Checking 309397 | Check | 03/31/2016 | 1253 | Landsbaum, Roesner A. | 031316 - 032616 | | 2,407.41 | (2,407.41) |
| 10101 · Checking 309397 | Check | 03/31/2016 | 1254 | Lintz, Hollie J. | 031316 - 032616 | | 782.40 | (782.40) |
| 10101 · Checking 309397 | Check | 03/31/2016 | 1255 | Maury, Elizabeth D. | 031316 - 032616 | | 1,853.06 | (1,853.06) |
| 10101 · Checking 309397 | Check | 03/31/2016 | BC033116 | Legacy Bank | | | 11.97 | (11.97) |

# WB Services, LLC
## Transaction Detail by Account
### January 28 through May 15, 2016

| Account | Type | Date | Num | Name | Memo | Debit | Credit | Amount |
|---|---|---|---|---|---|---|---|---|
| 1010 · Checking 309397 | Check | 04/01/2016 | AD040116 | Legacy Bank | | | 998.87 | -998.87 |
| 1010 · Checking 309397 | Bill Pmt -Check | 04/01/2016 | AD040116 | Chase Card Member Services | | | 800.00 | -800.00 |
| 1010 · Checking 309397 | Check | 04/01/2016 | AD040116 | Chase Card Member Services | | | 1,270.00 | -1,270.00 |
| 1010 · Checking 309397 | Bill Pmt -Check | 04/04/2016 | AD040116 | City of Sedgwick | | | 190.49 | -190.49 |
| 1010 · Checking 309397 | Check | 04/06/2016 | AD040616 | TD Auto Finance | | | 906.92 | -906.92 |
| 1010 · Checking 309397 | Check | 04/06/2016 | AD040616 | Department of Revenue - KS | WB Services KSSIT PPD 033116 | | 312.85 | -312.85 |
| 1010 · Checking 309397 | Check | 04/07/2016 | AD040716 | Internal Revenue Service | WB Services Fed 941 PPD 033116 | | 2,553.44 | -2,553.44 |
| 1010 · Checking 309397 | Bill Pmt -Check | 04/11/2016 | 1257 | WB Services, LLC | WB Services Fed 941 PPD 033116 | | 3,967.24 | -3,967.24 |
| 1010 · Checking 309397 | Bill Pmt -Check | 04/14/2016 | 1259 | Lintz, Hollie J. | | | 850.57 | -850.57 |
| 1010 · Checking 309397 | Check | 04/14/2016 | 1260 | Maury, Elizabeth D. | 032716 - 040916 | | 1,944.79 | -1,944.79 |
| 1010 · Checking 309397 | Check | 04/14/2016 | 1261 | Landsbaum, Roismer A. | 032716 - 040916 | | 2,671.90 | -2,671.90 |
| 1010 · Checking 309397 | Bill Pmt -Check | 04/14/2016 | 1258 | Kalp, Dennis A. | 032716 - 040916 | | 2,000.93 | -2,000.93 |
| 1010 · Checking 309397 | Bill Pmt -Check | 04/18/2016 | 1282 | Cecil L. O'Brate | | | 69,292.73 | -69,292.73 |
| 1010 · Checking 309397 | Check | 04/20/2016 | AD042016 | Internal Revenue Service | | | 1,270.00 | -1,270.00 |
| 1010 · Checking 309397 | Check | 04/21/2016 | CSHCK042116 | Eron Law | | | 125.27 | -125.27 |
| 1010 · Checking 309397 | Bill Pmt -Check | 04/25/2016 | 1265 | City of Sedgwick | | | 126.10 | -126.10 |
| 1010 · Checking 309397 | Check | 04/18/2016 | AD041816 | Cox Communications | | | 108.32 | -108.32 |
| 1010 · Checking 309397 | Check | 04/18/2016 | AD041816 | Cox Communications | | | 590.13 | -590.13 |
| 1010 · Checking 309397 | Bill Pmt -Check | 04/25/2016 | AD042516 | Kansas Gas Service | 300 E Industrial Drive | | 218.55 | -218.55 |
| 1010 · Checking 309397 | Check | 04/25/2016 | AD042516 | Kansas Gas Service | 200 E Industrial Drive | | 749.80 | -749.80 |
| 1010 · Checking 309397 | Bill Pmt -Check | 04/19/2016 | AD041916 | Westar Energy | Electric at 300 E Industrial Dr 021716-031616 | | 1,106.88 | -1,106.88 |
| 1010 · Checking 309397 | Check | 04/19/2016 | AD041916 | Westar Energy | WB Services acct# 079245601 | | 2,751.06 | -2,751.06 |
| 1010 · Checking 309397 | Check | 04/20/2016 | AD042016 | Internal Revenue Service | WB Services Fed 941 PPD 041416 | | 10,338.00 | -10,338.00 |
| 1010 · Checking 309397 | Bill Pmt -Check | 04/27/2016 | AD042716 | Southwest National Bank | WB Services, LLC Loan # 52173387 | | 929.00 | -929.00 |
| 1010 · Checking 309397 | Check | 04/27/2016 | AD042716 | Chase Card Member Services | | | 1,750.00 | -1,750.00 |
| 1010 · Checking 309397 | Check | 04/27/2016 | 1266 | Security Benefit | | | 18.40 | -18.40 |
| 1010 · Checking 309397 | Check | 04/27/2016 | 1283 | Security Benefit | | | 108.32 | -108.32 |
| 1010 · Checking 309397 | Check | 04/27/2016 | 1264 | Security Benefit | | | 1,127.00 | -1,127.00 |
| 1010 · Checking 309397 | Check | 04/27/2016 | 1284 | Kalp, Dennis A. | 04/10/2016 - 04/23/2016 | | 191.33 | -191.33 |
| 1010 · Checking 309397 | Check | 04/27/2016 | 1267 | Landsbaum, Roismer A. | 04/10/2016 - 04/23/2016 | | 1,485.56 | -1,485.56 |
| 1010 · Checking 309397 | Check | 04/27/2016 | 1268 | Lintz, Hollie J. | 04/10/2016 - 04/23/2016 | | 853.26 | -853.26 |
| 1010 · Checking 309397 | Check | 04/28/2016 | 1269 | Maury, Elizabeth D. | 04/10/2016 - 04/23/2016 | | 1,944.81 | -1,944.81 |
| 1010 · Checking 309397 | Check | 04/28/2016 | 1275 | Adagio, Julian C | 04/10/2016 - 04/23/2016 | | 3,902.44 | -3,902.44 |
| 1010 · Checking 309397 | Check | 04/28/2016 | 1274 | Department of Revenue - IN | 04/10/2016 - 04/23/2016 | | 576.93 | -576.93 |
| 1010 · Checking 309397 | Check | 04/28/2016 | 1273 | Department of Revenue - NE | 04/10/2016 - 04/23/2016 | | 576.93 | -576.93 |
| 1010 · Checking 309397 | Check | 04/28/2016 | 1277 | Internal Revenue Service | 03/13/2016 - 03/26/2016 | | 2,000.91 | -2,000.91 |
| 1010 · Checking 309397 | Check | 04/28/2016 | AD042816 | Department of Revenue - NE | 2nd Qtr 2015 NESIT | | 2,812.15 | -2,812.15 |
| 1010 · Checking 309397 | Check | 04/28/2016 | 1276 | Department of Revenue - MO | 1st Qtr 2016 MOSIT | | 589.00 | -589.00 |
| 1010 · Checking 309397 | Check | 04/28/2016 | 1272 | Department of Revenue - GA | 1st Qtr 2016 GASIT | | 342.00 | -342.00 |
| 1010 · Checking 309397 | Check | 04/28/2016 | 1271 | Department of Revenue - NE | 1st Qtr 2016 NESIT | | 379.23 | -379.23 |
| 1010 · Checking 309397 | Check | 04/28/2016 | 2716 | Department of Revenue - IN | Nov 2015 INSIT | | 3.82 | -3.82 |
| 1010 · Checking 309397 | Check | 04/29/2016 | AD042916 | Internal Revenue Service | 2011 Interest | | 4,887.82 | -4,887.82 |
| 1010 · Checking 309397 | Check | 04/29/2016 | AD042916 | Department of Revenue - KS | 1st Qtr 2016 KSSIT | | 7,207.29 | -7,207.29 |
| 1010 · Checking 309397 | Check | 04/29/2016 | AD042916 | Iowa Department of Workforce | 1st Qtr 2016 IAUIER | | 1,315.23 | -1,315.23 |
| 1010 · Checking 309397 | Check | 04/29/2016 | AD042916 | Iowa Department of Revenue - IA | 1st Qtr 2016 IASIT | | 1,171.91 | -1,171.91 |
| 1010 · Checking 309397 | Check | 04/29/2016 | AD042916 | Department of Revenue - KS | 1st Qtr 2016 KSSIT | | 5,411.43 | -5,411.43 |

Case 16-10759    Doc# 31    Filed 05/20/16    Page 131 of 133

**WB Services, LLC**
**Transaction Detail by Account**
January 28 through May 15, 2016

| Account | Type | Date | Num | Name | Memo | Debit | Credit | Amount |
|---|---|---|---|---|---|---|---|---|
| **10101 · Checking 309397** | | | | | | | | |
| 10101 · Checking 309397 | Check | 04/29/2016 | AD042916 | Ford Credit | 49184946 | | 1,073.20 | -1,073.20 |
| 10101 · Checking 309397 | Check | 05/02/2016 | AD050216 | Internal Revenue Service | 1st Qtr 2016 Fed 940 | | 3,810.36 | -3,810.36 |
| 10101 · Checking 309397 | Check | 05/02/2016 | AD050216 | Kansas Dept of Human Resources | 1st Qtr 2016 KSUIEft | | 23,818.15 | -23,818.15 |

Case 16-10759    Doc# 31    Filed 05/20/16    Page 132 of 133

# United States Bankruptcy Court
## District of Kansas

In re **WB Services, LLC**       Case No. **16-10759**

_____ Debtor(s)     Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept | $ | 10,000.00 |
| Prior to the filing of this statement I have received | $ | 10,000.00 |
| Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

    ■ Debtor     ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor     ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
       **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**May 20, 2016**
_____
_Date_

**/s/ William H. Zimmerman, Jr.**
_____
**William H. Zimmerman, Jr. 10284**
_Signature of Attorney_
**Eron Law, P.A.**
**229 E. William**
**Suite 100**
**Wichita, KS 67202**
**(316) 262-5500  Fax: (316) 262-5559**
_Name of law firm_

---